Scott Charles Seehausen, Real Party
in Interest
c/o 26895 Aliso Creek Rd.
Suite B109
Aliso Viejo, California 92656

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| **Scott Charles Seehausen,**<br>**Petitioner,**<br><br>-v-<br><br>**PEOPLE OF STATE OF CALIFORNIA,**<br><br>and,<br><br>**ORANGE COUNTY DISTRICT**<br>**ATTORNEYS OFFICE,**<br>**Respondent.** | Honorable:<br><br>**SACR19-00140 JLS**<br>Case No.<br><br>In Re: __19CM02751__<br>Sup. Ct. Case No.<br>**NOTICE OF REMOVAL FROM STATE**<br>**COURT**<br>**REMOVAL FROM STATE COURT**<br>**28 U.S.C. § 1455**<br>**28 U.S.C. 1331, 1332**<br>__28 U.S.C. § 1333__ |

## NOTICE OF REMOVAL FROM STATE COURT

PLEASE TAKE NOTICE that Scott Charles Seehausen, "Real Party in Interest" moves this Honorable Court for an ORDER OF REMOVAL from State Court pursuant to 28 U.S.C. § 1455, 28 U.S.C. § 1331, 28 U.S.C. § 1332, and 28 U.S.C. § 1333 based on the following:

### I.
### Statement of Facts

**1.)** On 02/26/2019, the Real Party in Interest" was stopped by Tustin police officer C. Natividad, while walking on Irvine St, in Tustin, California. Officer Natividad made an inquiry as to whether or not the "Real Party in Interest," had visited Kohls department store? Real Party in Interest told the officer that he was a Kohls customer, showed him his Kohls credit card. **(Ex. 1).**

**2.)**     Subsequent to brief above stated dialog "Real Party in Interest" was handcuffed put into squad car and taken to the Kohls department store parking lot and removed from the back of the police vehicle when begun to have immediate chest pains due to pre-existing cardiac condition which began in 2003 where "Real Party in Interest" suffered a heart attack and had stent placement.

**3.)**     While laying on the ground in a prone position someone removed the handcuffs and I was placed in the ambulance on a gurney and just prior to leaving I was handed a piece of paper by unknown person and was transported by local CARE ambulance service to emergency room.

**4.)**     Later that evening when released from emergency room I was driven to a friend's at which time I looked at the paper which was given while in the ambulance. The paper was an unsigned Notice to Appear. (Ex. 4. **Complaint No. TPD 19-1305**, dated 2/26/2019).

**5.)**     At the first court appearance on 04/26/2019 the 'Real Party in Interest" made a limited special appearance not general and was handed a [COMPLAINT] **(Ex. 4. Complaint No. TPD 19-1305,** dated 2/26/2019)** and a continuance was granted based on exacerbated cardiac medical condition. On 2 additional separate occasions and the case was continued, the second court call was to recall a warrant for non-appearance based on a car accident and late arrival at the courthouse, the 3rd court date was determine whether not an attorney might be retained, and was continued to determine if the "Real Party in Interest" was going to obtain an attorney. The complaint is deficient where no property loss is described, no property was booked into evidence as indicated by the Notice to Appear, dated 2/26/2019 **(Ex. 4)** and no identifiable lost or stolen seems exist, at the point of detainment and at all times material thereto, no alleged lost or stolen property was found on the person of the "Real Party in Interest."

**6.)**     On July 08, 2019, the Real Party in Interest filed **(Ex(s). 1-10**):

**a.)** "  Demurrer to the Complaint;

**b.)**     Motion to Dismiss with Prejudice;

**c.)**     Notice of Acceptance & Return for Honor, Value and Consideration w/attachments which include:  NOTICE  TO  APPEAR;  COMPLAINT;  DRIVERS  LICENSE;  SOCIAL

SECURITY CARD; CERTIFICATION OF BIRTH; UCC-1 Financing Statement w/addendums; Certified Copy of P.C. Sections 1448, 1457;

**d.)** Notice of GSA Bonds Tendered w/attached BONDS;

**e.)** Notice of Negotiable Instruments Tendered w/attached APOSTILLE No. 58979, Payment & Indemnity Bond and FEDERAL RESERVE NOTE, w/BOND ORDER, w/Affidavit in Support of Payment Bond and Indemnity, w/Remittance Advise, w/Memorandum of Understanding, and OFFICIAL NOTICE OF NEGOTIABLE INSTRUMENT TENDERED SETOFF, SETTLEMENT, EXONERATION AND CLOSURE;

**f.)** NOTICE OF TRESPASS (trespass on case, estate, title, creation of involuntary trust, cease and desist, w/attached Trespass on Private Estate Cease and Desist Immediately, w/Attached Notice of Trespass of the Case and Cease and Desist Forthwith, w/attached Notice of Creation of Involuntary Trust Cease and Desist, Discharge and Exonerate Trust Corpus Forthwith, w/attached Notice of Private Cestui Que Trust, w/attached Notice of Private Paramount Allodial Title Interest;

**g.)** Notice and Demand for Accounting & Surrender of Bonds & Rescission, w/attached Notice and Demand for Complete Accounting, w/attached Notice of Rescission, Termination, Revocation of Suretyship and Guarantorship, w/attached Notice of Demand for the Immediate Surrender and Relinquishment of any and all Bonds for and Against the Private Scott Charles Seehausen Estate;

**h.)** Notice to Compel Specific Performance R2002065987;

**i.)** Rescission of Participation in Social Security et seq. R20022065988;

**j.)** Affidavit and Notice of Protest R2002065989;

**k.)** Verified Certification and Affidavit of Status, Affirmation of Domicile R2002065990;

**l.)** Bill of Peace R2002065991;

**m.)** Rescission and Waiver of Power of Attorney Benefits et seq. R2002065992;

**n.)** Affidavit of Denial of Benefits R2002065993;

**o.)** Rescission/Termination of United States Citizenship Contract of Enfranchisement et seq. R2002065994;

**p.)** Affidavit of Expatriation from Corporate United States R2002065995.

**7.)**      Notice to the Nominee and Appointment of Fiduciary w/attached 1099-OID; w/attached Fin Cen Form 105; w/attached IRS Form 56.

**8.)**      To date none of the above Motions have been ruled on and none of the above stated notices have been addressed. The court and the district attorney's office have accepted the BONDS tendered for discharge, setoff, exoneration, settlement and closure of the case without recourse, along with all the Official Notices which have been filed, please see **(Ex. 1-10)** annexed hereto and made part hereof by this reference.

## II.
## <u>JURISDICTION AND VENUE</u>

**9.)**      The U.S. District Court for the Central District of California is the proper place for Personam jurisdiction over the parties and venue is proper in the Southern Division of the U.S. District Court of the Central District of California being that all requisite acts, actions or omissions occurred within said district.

**10.)**      The U.S. District Court for the Central District of California, Southern Division has "subject matter" jurisdiction based a "Federal Question" arising under "original jurisdiction…arising under the Constitution, laws or treaties of the United States P.L. 116-21. [28 U.S.C. § 1331]. Federal questions arise when the rights guaranteed under the 1st Amendment to the U.S. Constitution arise, in concert with deprivation of rights under color of law.

**11.)**      Pursuant to 28 U.S.C. § 1333 the "district courts shall original jurisdiction, exclusive of the courts of the State" … "saving to suitors in all cases all other remedies to which they are otherwise entitled." The instant matter involves an insurable interest under law of the flag albeit admiralty jurisdiction based upon admiralty under purported maritime contract or under the "Emergency War Powers Act."

**12.)**     Diversity is present the parties are citizens of different states and where the amount involved exceed over $75,000.00. The GSA Bonds and other Payment and Indemnity Bond(s) which were issued as to indemnify and pay a purported debt which does not exist in reality. Furthermore, the elements of diversity of citizenship under 28 U.S.C. § 1332 are involved due to the fact that "Real Party in Interest" is an "Illinoisan" domiciled therein **(Ex. 4. "Notice of Acceptance, Birth Certificate File No. 112-1957 7002575"), (Ex. 8. "Rescissions and Affidavits of Status and Domicile recorded in Illinois 04/17/2002")** and the amount tendered to the Superior Court and Tustin Police department which were "**accepted**" as of the FILE date: July 08, 2019 **(Ex. 5. "Notice of GSA Bonds Tendered")** and **(Ex. 6. "Notice of Negotiable Instruments Tendered, Pay Bond and Indemnity Apostille No. 58979,** dated May 22, 2019**")** which exceeded well over $75,000 to setoff, settle and close the case account **Sup. Ct. Case No. 19CM0275.**   See California's adoption of the "Hague Convention of 1912 Relating to UNCITRAL, and International Bills of Exchange and Promissory Notes."

**III.**

**GROUNDS FOR REMOVAL**

**13.)**     At all times material hereto the "Real Party in Interest" had no knowledge whatsoever why the Tustin Officer stopped him, later detaining him and when this "Real Party in Interest" asked him why was he being detained, the officer's responded by saying he was not sure other than the asking if the "Real Party in Interest" had been in Kohl's department store? No lost or stolen property was found on the person of the "Real Party in Interest," no lost or stolen property was booked into evidence as evidenced by Police Report and the Notice to Appear.

**14.)**     **GROUND 1.**  Does the Tustin Police Department, Kohls department store and the Orange County district attorney's office and others not known, have the right to conspire against rights of the "Real Party in Interest" in violation of 18 U.S.C. § 241 where two or more persons have conspired and did conspire on 02/26/2019  to injure, oppress, threaten and intimidate the "Real Party in Interest" having caused him to suffered a cardiac incident while being handcuffed and put into the back of a squad transported to Kohls department store parking lot for reasons unknown, and then physically removed from the car by armed personnel left lying on the ground in a prone

5

Removal from State Court

position while handcuffed with numerous other persons unknown to the Real Party in Interest."
As the cardiac incident worsened an ambulance was summoned and the handcuffs were removed
upon arrival of the ambulance. The "Real Party in Interest" was placed on a gurney placed inside
the ambulance while paramedics started IV and placed heart monitor on "Real Party in Interest."
Shortly before being transported someone handed a piece of paper to the "Real Party in Interest."
**(Ex. 5 Notice to Appear)**.

(a)     If two or more people go in disguise on the highway... with intent to hinder the free
exercise or employment of any right or privilege so secured, whereas the "Real Party in Interest"
was walking on the sidewalk on off Irvine Blvd. was stopped by an armed individual purporting
to be a Tustin Police officer at which the "Real Party in Interest" inquired as to why he was stopped
while walking then being detained? The armed officer asked if the "Real Party in Interest" shopped
at Kohls department store at which time the "Real Party in Interest" simply displayed his Kohls
credit card. **(Ex. 1. Copy of Kohls credit card and billing statement)**

**14.)     GROUND 2.** Does the Tustin Police Department a Municipal Corporation have the right
to violate and deprive the "Real Party in Interest" of rights under color of law  in violation of 18
U.S.C. § 242. Whoever under color of law, statute, ordinance, regulation, or custom willfully
subjects any person in any State, Territory, Commonwealth, Possession, or District to the
deprivation of any rights, privileges, or immunities secured or protected by the Constitution or
laws of the United States, or to different punishments, pains, or penalties on account of such person
being an alien. See **(Ex. 8. "Notice and Demand for Accounting & Surrender of Bonds and
Rescissions")**. The "Real Party in Interest" is and has been a "Stranger to the Public Trust" as
evidenced in **(EX. 8. "Notice and Demand for Accounting & Surrender of Bonds and
Rescissions")**, furthermore the "Real Party in Interest" is a non-resident alien to the State of
California who is domiciled in Illinois.

**15.)     GROUND 3.** Do the Orange County District attorneys have the right to trespass on the
"SCOTT CHARLES SEEHAUSEN estate" where "Private Paramount Title" is held in-allodium?

**15.)**   **GROUND 4.**  Does the Orange County District attorney's office have the right to create an "involuntary trust" using the "Real Party in Interest" as a presumed guarantor, or pledgee without his express memorialized consent?

**16.**   **GROUND 5.**  Does the Orange County District attorney's office have the right to violate the "Real Party in Interest's" God given rights including but not limited to those rights secured and protected by the United States Constitution's 1st Amendment guarantees?

**17.)**   **GROUND 6.**  Does the Orange County District attorney's office have the right to violate the "Real Party in Interest's" by not filing a "Notice appearing as the "Real Party in Interest" i.e. the damaged or injured party having actual interest and by partnering with a corporate construct Kohl's to help Kohls as a debt collector for a non-existent debt?

**18.)**   **GROUND 7.**  Does the Orange County District attorney's office have the right to partner with a former member of their office in. conflict of interest to ensure and guarantee that all rights of the "Real Party in Interest" are denied under color of law, color of authority and color of office?

## IV.

## SUMMARY CONCLUSION

**19.)**   The "Real Party in Interest" has been offered a presentment which has been "accepted and returned" to the Orange County District attorney's office (Offeror) which cites verbatim the language of the non-promulgated code, yet provides no evidence whatsoever as to what, where and when an alleged item was lost or stolen, furthermore, no evidence of a lost or stolen item was found on the person of the "Real Party in Interest" and nothing was booked into evidence that indicates lost or stolen property of Kohls or any other person or entity. No "Real Party in Interest" has appeared in the instant matter who has any skin in the matter. By all appearance this matter seems to create a "debt" where none exists. In furtherance thereof, the Orange County Superior Court and the Tustin Police department have "accepted" the "Real Party in Interest" offer of settlement to release the order of the court and close above reference case/account and to indemnify

the party identified as the plaintiff the State action which is merely a legal fiction which exists in name only.

## V.

## <u>RELIEF REQUESTED</u>

**20.)**     Based upon all the aforementioned facts, the "Real Party in Interest" moves this Honorable Court to remove the State matter to Federal Court under original jurisdiction for the express purpose of examining the entire matter in order to ensure that State court matter is settled and closed so as not to violate the "Real Party in Interest's" rights as enumerated above and to ensure and guarantee that the "Real Party in Interest's" threshold  God given rights are not encroached upon and that Constitutional Rights which are secured and protected are not abridged.

Date this _____ day of August 2019.

_s/_

Scott Charles Seehausen, Petitioner, Real
Party in Interest, All Rights and Defenses
Reserved Without Prejudice, Agent for
the Principal without Liability.

USTIN POLICE DEPARTMENT          TUE00028111

## NOTICE TO APPEAR

[X] MISDEMEANOR
[ ] Traffic   [X] Non-traffic

| ate of Violation | Time | Day of Week | Case No |
|---|---|---|---|
| 2/25/2019 | 08:06 PM | Monday | 19-1305 |

[ ] Owner's Responsibility (Veh. Code, § 40001)

ame (First, Middle, Last)
COTT CHARLES SEEHAUSEN

ddress
6895 ALISO CREEK RD STE B109

| ity | State | ZIP Code | [ ] Juvenile (Phone) |
|---|---|---|---|
| LIBO VIEJO | CA | 92656 | |

| river Lic No. | State | Class | Commercial | Age | Birth Date |
|---|---|---|---|---|---|
| 1819953 | CA | C | [ ] Yes [X] No | 61 | 11/12/1957 |

| ex | Hair | Eyes | Height | Weight | Race |
|---|---|---|---|---|---|
| | BLN | BLU | 611 | 192 | W |

[ ] COMMERCIAL VEHICLE (Veh. Code, § 15210(b))

| eh. Lic. No. / VIN | | State |
|---|---|---|
| | | CA |

| r. of Veh. | Make | Model | Body Style | Color |
|---|---|---|---|---|
| | | NOT IN LIST | | |

[ ] HAZARDOUS MATERIAL (Veh. Code, § 353)

| railer LP | | State |
|---|---|---|
| | | |

vidence of Financial Responsibility

egistered Owner or Lessee          [ ] Same as Driver

ddress          [ ] Same as Driver

| ity | State | ZIP Code |
|---|---|---|

| rrectable Violation | [X] Booking Required (See Bottom of Citation) | Misdemeanor or Infraction |
|---|---|---|

h. Code, § 40610)

| s | No | Code and Section | Description | M | I |
|---|---|---|---|---|---|
| | [X] | PC459.5(a) | (M) SHOPLIFTING-VALUE LESS THAN | [X] | [ ] |
| 950 | | | | | |

| peed Approx. | P.F./Max Spd. | Veh. LmL | Safe |
|---|---|---|---|

| Location of Violation(s) | City/County of Occurrence |
|---|---|
| 6182 IRVINE | Tustin |

[ ] Bicycle
[X] Pedestrian

Dir. or Travel:          Lane Number:

| raffic: | Weather: | Accident: NO | Const. Zone: NO | Sch. Zone: NO |
|---|---|---|---|---|
| Light: | Surface: | Priv NO Property: | Safety Zone: NO | |

[ ] Violations not committed in my presence, declared on information and belief.

declare under penalty of perjury under the laws of the State of California that the foregoing is ue and correct.

| 2/26/2019 | C. NATIVIDAD | 1237 |
|---|---|---|
| Dec. Date | Arresting or Citing Officer | Serial No. |

| | | |
|---|---|---|
| Dec. Date | Name of Arresting Officer if different from Citing Officer | Serial No. |

### WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW

x _____
**Signature**

**WHEN:** ON OR BEFORE 04/26/19 AT 8:00 AM
**WHAT TO DO:** FOLLOW THE INSTRUCTIONS BELOW.
**WHERE:** CENTRAL JUSTICE CENTER
700 CIVIC CENTER DRIVE WEST, SANTA ANA, CA 92701
657-622-8459

[ ] TO BE NOTIFIED
[ ] You may arrange with the clerk to appear at a night session of the court.

udicial Council of California Form
Rev. 06-26-15 (Veh. Code, §§ 40500(b),
40513(b), 40522, 40600; Pen. Code, §853.9
and 959.1) TR-135

TUE00028111

1   SUPERIOR COURT OF CALIFORNIA                    **ELECTRONICALLY FILED**
2   COUNTY OF ORANGE, CENTRAL JUSTICE CENTER         SUPERIOR COURT OF CALIFORNIA
                                                          COUNTY OF ORANGE
3
                                                            04/03/2019
4                                                            01:38 PM
                                                    DAVID H. YAMASAKI, Clerk of the Court
5                                                        **19CM02751**

6   THE PEOPLE OF THE STATE OF CALIFORNIA, )   COMPLAINT
7                                           )   BWC AGENCY
                                  Plaintiff, )
8                                           )
9                                           )
              vs.                           )   No.
10                                          )   TPD 19-1305
11  SCOTT CHARLES SEEHAUSEN        11/12/57 )
      E1819953                              )
12    AKA SCOTT C SEEHAUSEN                 )
13        PAUL GREENE                       )
          SCOTT SEEHAUSEN                   )
14                                          )
15  ─────────────────────── Defendant(s) )

16  The Orange County District Attorney charges that in Orange
17  County, California, the law was violated as follows:

18  COUNT 1: On or about February 25, 2019, in violation of Section
19  484(a)-488 of the Penal Code (PETTY THEFT), a MISDEMEANOR, SCOTT
    CHARLES SEEHAUSEN did willfully and unlawfully  steal, take,
20  carry, lead, and drive away the personal property of KOHLS.

21

22  COMPLAINT SUPERSEDES CITATION NUMBER(s) TUE0028111.

23  /
24  /
25  /
26  /
27  /
28  /
    /
    /
    /

*MISDEMEANOR CITATION E-FILED (DA CASE# 19C02359) 04-26-2019*
*OC DNA NOT ON FILE: SCOTT SEEHAUSEN*

SCOTT CHARLES SEEHAUSEN TPD 19-1305 PAGE 2

1

2   I declare under penalty of perjury, on information and belief,
    that the foregoing is true and correct.

3

4   Dated 04-03-2019 at Orange County, California.
         MS/VM 19C02359

5

6   TODD SPITZER, DISTRICT ATTORNEY

7

8   by:  /s/ MARK SWENSSON_____
    MARK SWENSSON, Deputy District Attorney

9

    RESTITUTION CLAIMED

10

11  [ X ] None
    [   ] $_____
12  [   ] To be determined

13

    NOTICES:

14

15  The People request that defendant and counsel disclose, within
    15 days, all of the materials and information described in Penal
16  Code section 1054.3, and continue to provide any later-acquired
17  materials and information subject to disclosure, and without
    further request or order.

18

19  Pursuant to Welfare & Institutions Code §827 and California Rule
    of Court 5.552, notice is hereby given that the People will seek
20  a court order to disseminate the juvenile case file of the
21  defendant/minor, if any exists, to all parties in this action,
    through their respective attorneys of record, in the prosecution
22  of this case.

23

24

25

26

27

28

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,**
**COUNTY OF ORANGE**

# MINITES

*Monday – Friday*
*8:00 am – 9:45 am*

**Case :** 19CM02751 M A
**Name :** Seehausen, Scott Charles

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 04/03/19 | 1 | FLDOC | **Original Complaint filed on 04/03/2019 by Orange County District Attorney.** |
| | 2 | FLNAM | Name filed: Seehausen, Scott Charles |
| | 3 | FLCNT | MISDEMEANOR charge of 484(a)-488 PC filed as count 1. Date of violation: 02/25/2019. |
| | 4 | CLADD | **At the request of People, case calendared on 04/26/2019 at 08:30 AM in C54 for ARGN.** |
| | 5 | FI959 | Accusatory pleading filed by the prosecutor pursuant to Penal Code section 959.1. |
| | 6 | FIFCI | Citation Release filed. |
| | 8 | FIBWCPO | Body Worn Camera Protective Order filed. |
| 04/26/19 | 1 | HHELD | **Hearing held on 04/26/2019 at 08:30:00 AM in Department C54 for Arraignment.** |
| | 2 | OFJUD | Judicial Officer: Megan L Wagner, Judge |
| | 3 | OFJA | Clerk: V. Barragan |
| | 4 | OFBAL | Bailiff: M. Sanchez |
| | 5 | APDDA | People represented by Darris Cornelius Upton-Stuart, Deputy District Attorney, present. |
| | 6 | APDPP | Defendant present in Court in propria persona. |
| | 7 | DFCSR2 | Defendant provided a copy of the Advisement of Rights, form #1039, revision date December 2014, by the Court. |
| | 8 | NTMOT | All parties orally notified of the Court's disqualification disclosure pursuant to Canon 3E(2) of the California Code of Judicial Ethics. |
| | 9 | ADVISE | Defendant advised of the following: |
| | 10 | ADRRS | - The right to self-representation. |
| | 11 | ADPPP | - The perils, pitfalls, dangers, and disadvantages of self-representation. |
| | 12 | ADRTA | - The right to an Attorney. |
| | 13 | ADCAP | - The right to court appointed counsel if financially unable to retain counsel. |
| | 14 | ADCLA | - If legal assistance is provided by the court, a hearing to determine the ability to pay all or a portion of the costs of legal assistance may be conducted at the conclusion of the case. |
| | 15 | ADRPL | - The right to plead guilty, not guilty, or nolo contendere to the charges. |

# SUPERIOR COURT OF THE STATE OF CALIFORNIA,
## COUNTY OF ORANGE

# MINUTES

**Case :** 19CM02751 M A

**Name :** Seehausen, Scott Charles

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 04/26/19 | 16 | ADPLE | - A plea of guilty admits the truth of the charge. A plea of nolo contendere has the same legal effect as a guilty plea except that it cannot be used against the defendant as an admission in a civil case. Upon the entry of a nolo contendere plea, a finding of guilty will be entered forthwith without trial, evidence, or hearing. |
| | 17 | ADJCT | - The right to a trial by Court or Jury. |
| | 18 | ADCXW | - The right to confront and cross-examine witnesses. |
| | 19 | ADRTF | - The right to testify in own defense. |
| | 20 | ADRTT | - The right not to testify, be called as a witness, or admit guilt. |
| | 21 | ADTCP | - The right to use the court process to compel the appearance of witnesses and subpoena documents. |
| | 22 | ADRPB | - The right to be released upon posting of reasonable bail. |
| | 23 | ADRTS | - The right to be sentenced no earlier than six hours nor later than five days after the plea of guilty or nolo contendere has been entered or after the finding of guilty by jury or court. |
| | 24 | ADVET | Defendant advised pursuant to Penal Code 858(a). |
| | 25 | ADCZS2 | The defendant understands that, if they are not a citizen of the United States, the plea or conviction for the offense(s) charged will have the consequence of deportation, exclusion from admission to the United States, and denial of naturalization pursuant to the laws of the United States. |
| | 26 | ADCCSO | The defendant understands that, if charged and convicted of a similar offense in the future, the plea entered today may be used to increase the punishment for the new offense. |
| | 27 | ADPRC | If the defendant is presently on probation or parole for any previous conviction, the plea today may cause a violation of that probation or parole and result in additional penalties and/or punishment. |
| | 28 | ADDMV3 | The Department of Motor Vehicles may restrict or suspend the defendant's drivers license separate from any action by this court. |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

**Case :** 19CM02751 M A
**Name :** Seehausen, Scott Charles

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 04/26/19 | 29 | ADSRF | The defendant understands they will be ordered to pay a minimum of $150 and a maximum of $1, 000 to the State Restitution Fund unless the court makes a finding of "compelling and extraordinary reasons" for waiving this fine. |
| | 30 | ADPAF | The defendant understands there will be state penalty assessments added to any fines imposed by the court. |
| | 31 | ADPMT | Defendant advised if unable to make a payment, then an appearance will be required on or before payment is due to request extension or modification. |
| | 32 | FDDUN | The Court finds that the defendant understands rights as explained. |
| | 33 | ADANC | Court advises the defendant as to the nature of the charges. |
| | 34 | FICON | Request for Continuance - Misdemeanor filed. |
| | 35 | CLCON | **Arraignment continued to 05/24/2019 at 08:30 AM in Department C54 at request of Defense.** |
| | 36 | WVRAT | Defendant waives the right to be arraigned today. |
| | 37 | DFOTR | Defendant ordered to return. |
| | 38 | DSROR | Court orders defendant released on own recognizance. |
| 05/24/19 | 1 | HHELD | **Hearing held on 05/24/2019 at 08:30:00 AM in Department C54 for Arraignment.** |
| | 2 | OFJUD | Judicial Officer: Susan Lee, Commissioner |
| | 3 | OFJA | Clerk: E. Flores |
| | 4 | OFBAL | Bailiff: B. Kurka |
| | 5 | APDDA | People represented by Sharlene Mandella, Deputy District Attorney, present. |
| | 6 | APDNC | Defendant not present in court. |
| | 7 | DSORR | Defendant's own recognizance status is revoked. |
| | 11 | WAISD | Bench warrant ordered issued for defendant. Bail set at $2, 500.00, Mandatory Appearance. |
| | 12 | WAWSD | Bench warrant signed by Susan Lee and issued for defendant. Night Service: No. Expedite: No. PC 853.6: No. Bail set at $2, 500.00, Mandatory Appearance. |

# EXHIBITS

# <u>INDEX OF EXHIBITS</u>

1.)   Kohls Credit and Billing Statement;

2.)   Demurrer;

3.)   Motion to Dismiss w/Prejudice w/2 attachments;

4.)   Notice of Acceptance & Return for Honor, Value and Consideration w/16 attachments;

5.)   Notice of GSA Bonds Tendered w/4 attached Bonds;

6.)   Notice of Negotiable Instruments Tendered w/attached Apostille, Registrar Certification Payment & Indemnity Bond-Bond Order w/4 additional attachments;

7.)   Notice of Trespass i.e. Trespass of the case, estate, title and creation of involuntary trust w/5 attachments;

8.)   Notice and Demand for Accounting & Surrender of Bonds & Rescissions w/13 attachments;

9.)   Notice to the Nominee and Appointment of Fiduciary w/4 attachments;

10.)  Mandatory Judicial Notice w/3 attachments.

# EXHIBIT 1.

## KOHLS CREDIT CARD
## KOHLS BILLING STATEMENT





# KOHL'S

**PAY & SAVE WITH THE APP**
Make it work for you!
Learn more: kohls.com/app

Account Number 091-7366-262

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | $ | 48.31 |
| Payments and Other Credits | - | 48.00 |
| Purchases | + | 269.99 |
| Fees | + | 38.00 |
| Interest Charges | + | 0.00 |
| New Balance | $ | 308.30 |

| | |
|---|---|
| Opening/Closing Date | 04/13/2019 - 05/14/2019 |
| Days in Billing Cycle | 32 |
| Total Credit Line | $300 |
| Available Credit | None |

**Questions?**
Click on My Kohl's Charge at Kohls.com or
Call Customer Service 1-800-564-5740
Sunday 8:00 AM to 9:00 PM (Central)
Monday-Saturday 7:00 AM to 9:00 PM (Central)
Automated service is available 24 hours.

## PAYMENT INFORMATION

| | | |
|---|---|---|
| New Balance | $ | 308.30 |
| Payment Due Date | | 06/09/2019 |
| Minimum Payment Due | | 41.00 |
| To Avoid Interest Charge Pay | $ | 308.30 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.00

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 months | $356.00 |

If you would like information about credit counseling services, call 1-866-833-2227.

## ACCOUNT ACTIVITY

| Transaction Date | Transaction Description | Amount |
|---|---|---|
| | **Payments and Other Credits** | |
| 04/30 | THANK YOU FOR THE PAYMENT | -$48.00 |
| | **Purchases** | |
| 04/27 | PURCHASE AT HUNTINGTON BEACH STORE | $70.03 |
| 05/01 | PURCHASE AT HUNTINGTON BEACH STORE | $41.38 |
| 05/01 | PURCHASE AT HUNTINGTON BEACH STORE | $117.21 |
| 05/01 | PURCHASE AT HUNTINGTON BEACH STORE | $41.37 |
| | **Fees** | |
| 05/09 | LATE FEE | $38.00 |
| | **TOTAL FEES FOR THIS PERIOD** | $38.00 |

| 2019 Totals Year-To-Date | |
|---|---|
| Total fees charged in 2019 | $54.00 |
| Total interest charged in 2019 | $0.00 |

Name or Address Change?
Would you like to receive e-mail sales notification?
Check box and write information on reverse side.

| Account Number | 091-7366-262 |
|---|---|
| Due Date | **Jun 9, 2019** |
| New Balance | **$308.30** |
| Minimum Due | **$41.00** |

Mail this portion with your payment.

1 2 4 7

**Kohl's Payment Center**
**PO Box 30510**
**Los Angeles CA 90030-0510**

**Amount Paid**

SCOTT SEEHAUSEN
26895 ALISO CREEK RD STE B-109
ALISO VIEJO  CA  92656-5301

$

**NOTE:** Do not mail cash or gift cards.
Please make check payable to Kohl's in US Dollars

0000000   091736626252   0004100   0030830   5

# EXHIBIT 2.

## DEMURRER TO COMPLAINT

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUL 08 2019

DAVID H. YAMASAKI, Clerk of the Court

Scott Charles Seehausen, Real Party in Interest
26895 Aliso Creek Rd.
Ste. B109
Aliso Viejo, CA 92656

## IN THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA
## COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

**PEOPLE OF THE STATE OF CALIFORNIA,**
　　　　Plaintiff,

-v-

**SCOTT CHARLES SEEHAUSEN**
　　　　Respondent.

CASE NO. **19CM02751**

**NOTICE OF DEMURRER**
**DEMURRER TO COMPLAINT**

## NOTICE OF DEMURRER- DEMURRER TO COMPLAINT

COMES NOW, Scott Charles Seehausen, herein "Real Party in Interest," makes this limited special appearance, not general, and Demurrer's to the Plaintiff's complaint for failure to state a claim upon which relief can be granted and the fails to provide any information as to what the "Respondent" would be pleading to based on the following:

1.) The complaint dated 04/03/2019 fails to provide sufficient information to the "Real Party in Interest," as to what property was unlawfully taken, how the property is identified, in what vehicle the property was driven away within, the value of said property along with a certified assessment.

2.) The complaint dated 04/03/2019 quotes a general code violation without sufficient information which enables the "Real Party in Interest" to enter a knowing and intelligent plea being that the "Real Party in Interest" is completely clueless as to what is being alleged.

3.) The complaint dated 04/03/2019 is diametric to the citation dated 02/25/2019 which stipulates that "Respondent" was a pedestrian and did not drive away in any vehicle as declared by Mark James Swensson #311791 on or about 04/03/2019.

4.) The Tustin Police Department Citation and incident report  TPD 19-1305, dated 02/25/2019 "directly evidences" that no evidence was booked, and that no unlawfully taken property was found on the person of the "Real Party in Interest" who was detained as a pedestrian several blocks away from the purported incident and walking in the direction of Kohl's. When having been arrested by TPD arresting officer, I asked what was stolen, and he stated he did not know.

5.) The treatment and behavior by parties involved caused the "Real Party in Interest" to suffer an angina attack due to pre-existing heart condition (Exhibit 1) and was transported to the hospital emergency room by CARE ambulance service as directly evidenced by TPD incident report. Furthermore, the "Real Party in Interest" has been and is a patron of Kohl's and has a Kohl's credit card (Exhibit 2).

6.) The complainant appears to be a member of the Orange County District Attorney's Office and is creating a conflict of interest.

7.) The complaint does not identify an injured party as the moving party in this matter and fails to identify the purported property involved and how it is identified.

I.
## **GOOD CAUSE SHOWN**

Based on the aforementioned facts as set forth above, the "Real Party in Interest" has shown good cause as to why a knowing and intelligent plea cannot be entered based on the fact that the "Real Party in Interest" has no knowledge as to what he would be pleading to.

II.

## **PRAYER FOR RELIEF**

Scott Charles Seehausen, Real Party in Interest moves this Honorable Court to grant the "Demurrer" based on good cause having been shown.

Dated this _____ day of July 2019.


SCOTT CHARLES SEEHAUSEN,
Respondent, Principal.

s/_____

    Scott Charles Seehausen, Real Party in
    Interest, All Rights and Defenses Reserved
    Without Prejudice, Agent for the Principal
    Without Liability.

# EXHIBIT 3.

## MOTION TO DISMISS WITH PREJUDICE

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**JUL 08 2019**

DAVID H. YAMASAKI, Clerk of the Court

Scott C. Seehausen, Real Party in Interest
26895 Aliso Creek Rd.
Ste. B109
Aliso Viejo, CA 92656

## IN THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA
## COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

**PEOPLE OF THE STATE OF CALIFORNIA,**
          Plaintiff,

-v-

**SCOTT CHARLES SEEHAUSEN**
          **Respondent.**

CASE NO. **19CM02751**

**NOTICE OF MOTION TO DISMISS
WITH PREJUDICE
MOTION TO DISMISS WITH
PREJUDICE**

## NOTICE OF MOTION TO DISMISS WITH PREJUDICE- MOTION TO DISMISS
## WITH PREJUDICE

I, Scott Charles Seehausen, "Real Party in Interest," make this limited special appearance, not general and move this Honorable Court to dismiss with prejudice the above said case number based on facts delineated below:

1.) There exists no actual property loss or damage.

2.) The complaint alleges that "Respondent" "did willfully and unlawfully steal, take, carry, lead and drive away the personal property of KOHLS," however, there exists no direct evidence whatsoever that "Respondent" had in his possession or control and property of KOHLS and the "Respondent" was detained while walking, and did not drive away the personal property of KOHLS, whereas no direct exists of any motor vehicle involvement.

3.) The complaint fails to allege or identify what the stolen property was.

4.) The complaint fails to identify or directly evidence what the alleged stolen property was or how it was identified as being the property of KOHLS.

5.) The complaint fails to directly evidence that the stolen property was found on the person of the "Respondent."

6.) The original citation directly evidences that "Respondent" was not driving a motor vehicle and was detained as a pedestrian.

7.) No Real Party in Interest has filed an appearance, no actual damaged or injured party has appeared, albeit a legal fiction which the presumption has been taken is operating as a purported debt collector.

I.

## **GOOD CAUSE SHOWN**

8.) Based upon the aforementioned facts which are supported by direct evidence, "Respondent" has made a good cause showing.

II.

## **PRAYER FOR RELIEF**

9.) I, Scott Charles Seehausen, Real Party in Interest, move this Honorable Court to dismiss with prejudice the above captioned complaint and anything associated therewith or thereto.

DATED this _____ day of July 2019.

s/

Scott Charles Seehausen, Real Party
In Interest, All Rights and Defenses
Reserved Without Prejudice, Agent
For Principal Without Liability.





# KOHL'S®

**PAY & SAVE WITH THE APP**
Make it work for you!
Learn more: kohls.com/app

Account Number 091-7366-262

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | $ | 48.31 |
| Payments and Other Credits | - | 48.00 |
| Purchases | + | 269.99 |
| | | |
| Fees | + | 38.00 |
| Interest Charges | + | 0.00 |
| New Balance | $ | 308.30 |

Opening/Closing Date  04/13/2019 - 05/14/2019
Days in Billing Cycle                                    32
Total Credit Line                                     $300
Available Credit                                      None

**Questions?**
Click on My Kohl's Charge at Kohls.com or
Call Customer Service 1-800-564-5740
Sunday 8:00 AM to 9:00 PM (Central)
Monday-Saturday 7:00 AM to 9:00 PM (Central)
Automated service is available 24 hours.

## PAYMENT INFORMATION

| | | |
|---|---|---|
| New Balance | $ | 308.30 |
| Payment Due Date | | 06/09/2019 |
| Minimum Payment Due | | 41.00 |
| To Avoid Interest Charge Pay | $ | 308.30 |

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.00.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 months | $356.00 |

If you would like information about credit counseling services, call 1-866-833-2227.

## ACCOUNT ACTIVITY

| Transaction Date | Transaction Description | Amount |
|---|---|---|
| | **Payments and Other Credits** | |
| 04/30 | THANK YOU FOR THE PAYMENT | -$48.00 |
| | **Purchases** | |
| 04/27 | PURCHASE AT HUNTINGTON BEACH STORE | $70.03 |
| 05/01 | PURCHASE AT HUNTINGTON BEACH STORE | $41.38 |
| 05/01 | PURCHASE AT HUNTINGTON BEACH STORE | $117.21 |
| 05/01 | PURCHASE AT HUNTINGTON BEACH STORE | $41.37 |
| | **Fees** | |
| 05/09 | LATE FEE | $38.00 |
| | **TOTAL FEES FOR THIS PERIOD** | $38.00 |

| 2019 Totals Year-To-Date | |
|---|---|
| Total fees charged in 2019 | $54.00 |
| Total interest charged in 2019 | $0.00 |

Name or Address Change?
Would you like to receive e-mail sales notification?
Check box and write information on reverse side.

| Account Number | 091-7366-262 |
|---|---|
| Due Date | Jun 9, 2019 |
| New Balance | $308.30 |
| Minimum Due | $41.00 |

Mail this portion with your payment.

1 2  4   7

**Kohl's Payment Center**
**PO Box 30510**
**Los Angeles CA 90030-0510**

Amount Paid

$

SCOTT SEEHAUSEN
26895 ALISO CREEK RD STE B-109
ALISO VIEJO  CA  92656-5301

**NOTE:  Do not mail cash or gift cards.**
**Please make check payable to Kohl's in US Dollars.**

0000000   0917366262521   0004100   0030830   5

# EXHIBIT 4.

## NOTICE OF ACCEPTANCE & RETURN FOR HONOR, VALUE AND CONSIDERATION

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUL 0 8 2019

Scott C. Seehausen, Real Party in Interest
26895 Aliso Creek Rd.
Ste. B109
Aliso Viejo, CA 92656

## IN THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA
## COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA,**<br>Plaintiff, | CASE NO. **19CM02751** |
| -v- | **NOTICE OF ACCEPTANCE & RETURN FOR HONOR VALUE AND CONSIDERATION - RETURN FOR HONOR VALUE AND CONSIDERATION** |
| **SCOTT CHARLES SEEHAUSEN**<br>**Respondent.** | |

## NOTICE OF ACCEPTANCE & RETURN FOR HONOR VALUE AND CONSIDERATION
## RETURN FOR HONOR VALUE AND CONSIDERATION

### I.

### Plain Statement of Facts

COMES NOW, Scott Charles Seehausen, Real Party in Interest, Executor of the **SCOTT CHARLES SEEHAUSEN Estate**, private and absolute, makes a limited special appearance, not general, for the express purpose of ensuring that the above captioned case/account is settled and closed pursuant to any purported debt obligations which may or may not exist in accord with an "action in assumpsit," where the presumption is taken that the entities involved in this action are acting in the capacity of commercial debt collections thereby waiving all sovereign immunities when engaging in commercial activities for enrichment as held in numerous case precedents by the United State Supreme Court and the Holy Bible which is the most venerable book in antiquity. The presumption shall be taken that since this the entities directly and indirectly involved have chosen to waive their immunities while engaging in commercial activities for enrichment, therefore by silence, the presumption shall be taken that a "waiver of immunity" is given under the "doctrine of tacit acquiescence."

## II.

## Presentments/Offers

The attached "Presentment Offers" are "Accepted for Honor, Value and Consideration" and are "Returned for Honor, Value and Consideration," condition precedent upon verified proof of claim:

1.) **Notice to Appear, dated 02/26/2019, TUE0002811, Case No. 19-1305,** (Document Control No.**: TPD 19-1305 /TUE002811,** Tracer No.**: AFV19-1305 / TUE0028111**);

2.) **Complaint BWC AGENCY, Case No. 19CM02751, TPD 19-1305. DA No. 19C02359** (Document Control No.: **19CM02751 / TPD 19-1305 / TUE 0028111 (MS/VM 19C02359,** Tracer No.: **AFV19CM02751 / MS/VM19C02359);**

3.) **California Drivers License No.: E1819953, (Document Control No(s),: E1819953, Tracer No.: AFV-E1819953);**

4.) The above stipulated instruments are "Accepted for Honor, Value and Consideration" the same have been "Returned for Honor, Value and Consideration" condition precedent upon "verified proof of claim." Above stated documents are commercial instruments for the express purpose of enrichment by and through commercial activity, therefore the "Secured Party Creditor," as directly evidence by the attached **UCC-1 Financing Statement File No.: 19-7717978066, Document No.:79437430002** which vests title interest by "Secured Party Creditor established herein and herewith, in the commercial venue and jurisdiction by the de facto corporate construct body politic which clearly operates as a commercial entity thereby waiving its de jure "sovereign capacity" with all immunities associated therewith. Furthermore the "Secured Party Creditor" is not part and parcel to the "benefits of enfranchisement" other than those which have either been forced or compelled upon him. **(See attached Rescissions and Waivers of Benefits including but not limited to Affidavits of Status), attached hereto and made part hereof by this reference.**

5.) None the less a BAR card is not a license to practice law issued by the State of California and no protections of the State can be afforded thereunder except the Bond placed under

the employee ID number which indemnified the COUNTY OF ORANGE or the STATE only, not the union card holder i.e. BAR CARD. Attachment of said Bond affords no protections the employee whatsoever.

### III.

### Documents of Title

6.) **Social Security No.: 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,** (Document Control No.: **H02903014,** Tracer No.: **AFV32549418);**

7.) **Birth Certificate File No.: 112-1957-7002575,** (Document Control No.: **112-1957 7003575,** CUSIP No.:**325549418,** Tracer No.:**AFV112-1957 7002575);**

Based on direct evidence, the Real Party in Interest moves this court to setoff, settle and close above stated CASE/ACCOUNT numbers, exonerating and discharging any and all liability associated therewith albeit "legal fictions" real or imagined.

Date:07/03/2019.     SCOTT CHARLES SEEHAUSEN,

Respondent/Principal.

*Scott Charles Seehausen*, Private De jure Illinoisan,
Executor, Settlor, Third Party Interest Intervenor,
Restrictive Indorsement, Special and Private,
All Rights and Defenses Reserved Without Prejudice,
Agent for Principal Respondent Without Liability, Without Recourse.

**Certificate of Authenticity**

Psalm 119: 19 "I am a stranger in the earth do not hide your commandments from me." Philippians 3: 20 "For our citizenship is in heaven..." Ephesians 2: 19 "Now therefore you are no longer strangers and foreigners but fellow citizens with the saints and members of the household of God..." Hebrews 11: 13 "These all died in faith not having received the promise but having seen them afar off were assured of them embraced them and confessed that they were strangers and pilgrims on the earth."
Jude 6 "And the angels which kept not their first estate but left their own habitation he hath reserved in everlasting chains under darkness unto the judgment of the great day."

USTIN POLICE DEPARTMENT                                    TUE00028111

## NOTICE TO APPEAR

☒ MISDEMEANOR
☐ Traffic   ☒ Non-traffic

| ate of Violation | Time | Day of Week | Case No |
|---|---|---|---|
| 2/25/2019 | 08:06 PM | Monday | 19-1305 |

☐ Owner's Responsibility (Veh. Code, § 40001)

ame (First, Middle, Last)
COTT CHARLES SEEHAUSEN

ddress
5895 ALISO CREEK RD STE B109

| ity | State | ZIP Code | ☐ Juvenile (Phone) |
|---|---|---|---|
| LISO VIEJO | CA | 92656 | |

| Driver Lic No. | State | Class | Commercial | Age | Birth Date |
|---|---|---|---|---|---|
| 1819953 | CA | C | ☐ Yes ☒ No | 61 | 11/12/1957 |

| ex | Hair | Eyes | Height | Weight | Race |
|---|---|---|---|---|---|
| | BLN | BLU | 511 | 192 | W |

☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b))

| eh. Lic. No. / VIN | | State |
|---|---|---|
| | | CA |

☐ HAZARDOUS MATERIAL (Veh. Code, § 353)

| r. of Veh. | Make | Model | Body Style | Color |
|---|---|---|---|---|
| | | NOT IN LIST | | |

| railer LP | | State |
|---|---|---|

vidence of Financial Responsibility

egistered Owner or Lessee                                ☐ Same as Driver

ddress                                                   ☐ Same as Driver

| ity | State | ZIP Code |
|---|---|---|

| rrectable Violation (h. Code, § 40610) | ☒ Booking Required (See Bottom of Form) | Misdemeanor or Infraction |
|---|---|---|

| s | No | Code and Section | Description | M |
|---|---|---|---|---|
| | ☒ | PC459.5(a) | (M) SHOPLIFTING-VALUE LESS THAN $950 | M |

| Speed Approx. | P.F./Max Spd. | Veh. Lmt. | Safe |
|---|---|---|---|

| Location of Violation(s) | City/County of Occurrence |
|---|---|
| 8182 IRVINE | 1957 |

☐ Bicycle
☒ Pedestrian

| Lane Number |
|---|

| raffic: | Weather: | Accident: NO | Const Zone: NO | Sch Zone: NO |
|---|---|---|---|---|
| Light: | Surface: | ☐ Priv Prop | | Safety Zone: NO |
| | | Property: | | |

☐ Violations not committed in my presence, declared on information and belief.

declare under penalty of perjury under the laws of the State of California that the foregoing is rue and correct.

| 2/25/2019 | C. NATIVIDAD | |
|---|---|---|
| Dec. Date | Arresting or Citing Officer | Serial No. |

| Dec. Date | Name of Arresting Officer if different from Citing Officer | Serial No. |
|---|---|---|

### WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW

x _____
   Signature

**WHEN:** ON OR BEFORE 04/26/19 AT 8:00 AM
**WHAT TO DO:** FOLLOW THE INSTRUCTIONS BELOW.
**WHERE:** CENTRAL JUSTICE CENTER
          700 CIVIC CENTER DRIVE WEST, SANTA ANA, CA 92701
          657-622-8459

☐ TO BE NOTIFIED
   ☐ You may arrange with the clerk to appear at a night session of the court.

Judicial Council of California Form
Rev. 06-26-15 (Veh. Code, §§ 40500(b),
40513(b), 40522, 40600; Pen. Code, §853.9
and 959.1) TR-135

TUE00028111

ACCEPTED FOR HONOR - VALUE AND CONSIDERATION
RETURNED FOR HONOR - VALUE AND CONSIDERATION

SECURITY (15 U.S.C. § E.G., not a point of law.

U.S.P.C. TRACER E.G., not Non-Negotiable - Non-Transferable

Notice to the Principal is Notice to the Agent
Notice to the Agent is Notice to the Principal

All items front and back are Accepted For Value. Honor
Value and Consideration, condition precedent
being "Held in Due Course" by the Secured
Charles Seehausen "Estate" inclusive of the Scott
Party Creditor. Secured Charles Seehausen "Cestui Que" irrevocable trust, the same
behest in accord with Public Law, Chapter 48, 48 Stat.
112, P.L. 73-10, pursuant to vested title in fact.
Prepaid-Preferred Stock, Priority
Interest – Exempt from
Levy or Attachment.

Effective Date: 02/25/2019 Anno Domini
Value at Par: 1,000,000.00 USDS and $1.00 Serial #J00818230D
Document Control No.: TPD 19-1305 / TUE 0028111
CUSIP No.:325549418
Tracer No.: AFV19-1305 / TUE0028111

Scott Charles Seehausen, Executor, Grantor,
Secured Party Creditor, All Rights and Defenses
Reserved Without Prejudice, Agent for Principal
YHVH without Liability, Mathew 6:24.



1   SUPERIOR COURT OF CALIFORNIA

2   COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

**ELECTRONICALLY FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

04/03/2019
01:38 PM

DAVID H. YAMASAKI, Clerk of the Court
**19CM02751**

6   THE PEOPLE OF THE STATE OF CALIFORNIA, )   COMPLAINT

7                                          )   BWC AGENCY

8                              Plaintiff,  )

9                                          )

10                    vs.                  )   TPD 19-1305

11  SCOTT CHARLES SEEHAUSEN                )

12    E1819953                             )

      AKA SCOTT SOSEEHAUSEN

13    PAUL GREENE

      SCOTT SEEHAUSEN

14                                         )

15                            Defendant(s) )

16  The Orange County District Attorney charges that in Orange

17  County, California, the law was violated as follows:

18  COUNT 1: On or about February 25, 2019, in violation of Section

19  484(a)-488 of the Penal Code (PETTY THEFT), a MISDEMEANOR, SCOTT

    CHARLES SEEHAUSEN did willfully and unlawfully steal, take,

20  carry, lead, and drive away the personal property of KOHLS.

21

22  COMPLAINT SUPERSEDES CITATION NUMBER(s) TUE0028111.

23  /

24  /

25  /

26  /

27  /

28  /

    /

    /

SCOTT CHARLES SEEHAUSEN TPD 19-1305 PAGE 2

1

2   I declare under penalty of perjury, on information and belief, that the foregoing is true and correct.

3

4   Dated 04-03-2019 at Orange County, California.
       MS/VM 19C02359

5

6   TODD SPITZER, DISTRICT ATTORNEY

7

8   by: /s/ MARK SWENSSON
    MARK SWENSSON, Deputy District Attorney

9

10  RESTITUTION CLAIMED:

11  [ X ] None
    [   ] $

12  [   ] To be determined

13

14  NOTICE:

15  The People request that defendant and counsel disclose, within
    15 days, all of the materials and information described in Penal

16  Code section 1054.3 and continue to provide any later acquired
    materials and information subject to disclosure, and without

17  further request or order.

18

19  Pursuant to Welfare & Institutions Code 827, and California Rule
    of Court 5.552, notice is hereby given that the People will seek

20  a court order to disseminate the juvenile case file of the
    defendant/minor, if any exists, to all parties in this action,

21  through their respective attorneys of record, in the prosecution
    of this case.

22

23

24

25

26

27

28

*MISDEMEANOR CITATION E-FILED (DA CASE# 19C02359) 04-26-2019*
*OC DNA NOT ON FILE: SCOTT SEEHAUSEN*



A SECURITY (15 U.S.C. et seq.)
U.S.S.E.C. TRACER FLAG, not
a point of law.

VALUE AND CONSIDERATION
VALUE AND CONSIDERATION

Accepted for Value, Honor and
Consideration, the same being "Held in Due
Course" by the Secured Party Creditor, Scott Charles Seehausen "Estate" inclusive of the
Scott Charles Seehausen "Cestui Que" irrevocable trust, the same being in accord with
Public Law, Chapter 48, 48 Stat. 112, P.L. 73-10, pursuant to vested title in fact,
Pre-paid -Preferred Stock.- Account number 121957 Interest – Exempt from Levy or

This instrument and all related endorsements are due to the Principal
Consideration, and Returned for Honor, Senior to the Benefit

California DRIVER LICENSE

DL E1819953
EXP 11/12/2022    CLASS C    END NONE
LN SEEHAUSEN    RSTR NONE
FN SCOTT CHARLES
26856 ALISO CREEK RD STE B109
ALISO VIEJO, CA 92656
DOB 11/12/1957    121957
SEX M    HAIR BLU    EYES BLU
WGT 161    HGT 5'-11"    ISS
                01/22/2019

ACCEPTED
RETURNED

Effective Date: 01/22/2019 Anno Domini
Value at Par: $777,777.00
Document Control No(s).: E1819953
CUSIP No.:325549418
Tracer No.: AFV-E1819953

s/ Scott Charles Seehausen, Executor, Grantor,
Secured Party Creditor, All Rights and Defenses
Reserved Without Prejudice, Agent for Principal
YHVH without Liability. Mathew 6.24.



SOCIAL SECURITY

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
THIS NUMBER HAS BEEN ESTABLISHED FOR
SCOTT CHARLES
SEEHAUSEN

SIGNATURE
07/23/2018

ACCEPTED FOR HONOR VALUE AND CONSIDERATION

Notice to the Agent is Notice to the Principal
Notice to the Principal is Notice to the Agent

This instrument and all related endorsements front and back are Accepted For
Value, Honor and Consideration, the same being "Held in Due Course" by
the Secured Party Creditor, Scott Charles Seehausen "Exempt from the
of the Scott Charles Seehausen "Cestui Que" irrevocable trust, the
same being in accord with Public Law, Chapter 48, 48 Stat. 112,
P.L. 73-10, pursuant to vested title in fact, Pre-paid –
Preferred Stock, Priority Interest – Exempt from
from Levy or Attachment.

Effective Date: 11/12/1957 Anno Domini
Value at Par: $777,777,000.00
Document Control No.: H02903014
CUSIP No.:325549418
Tracer No.: AFV32554918

s/ [signature]

Scott Charles Seehausen, Executor, Grantor,
Secured Party Creditor, All Rights and Defenses
Reserved Without Prejudice, Agent for Principal
YHVH without Liability, Mathew 6:24.

# COOK COUNTY CLERK VITAL RECORDS

## CHICAGO, ILLINOIS

### CERTIFICATION OF BIRTH

### STATE FILE NUMBER: 112-1957 7002575

NAME:  SCOTT CHARLES SEEHAUSEN

DATE OF BIRTH:  NOVEMBER 12, 1957　　　　　　　　SEX:  MALE

PLACE OF BIRTH:  CHICAGO, COOK COUNTY, ILLINOIS

NAME OF MOTHER/CO-PARENT(MAIDEN):  MARION LOUISE HECHT

PLACE OF BIRTH OF MOTHER/CO-PARENT:  ILLINOIS, UNITED STATES　　AGE:  33

NAME OF FATHER/CO-PARENT(MAIDEN):  CHARLES F SEEHAUSEN JR

PLACE OF BIRTH OF FATHER/CO-PARENT:  ILLINOIS, UNITED STATES　　AGE:  33

DATE FILED:  NOVEMBER 14, 1957　　　　　　　　　DATE ISSUED:  07/17/2018

5295845

**County of Cook**
**State of Illinois**

## Office of County Clerk
## David Orr

*David Orr*
DAVID ORR　COUNTY CLERK

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

**SECRETARY OF STATE**
**STATE OF CALIFORNIA**

## UCC Filing Acknowledgement

06/16/2019

Page 1 of 1

SEEHAUSEN SCOTT CHARLES
26895 ALISO CREEK ROAD
SUITE B109
ALISO VIEJO CA 92656-5301

| | |
|---|---|
| Filing Fee: | $5.00 |
| Total Fee: | **$5.00** |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Financing Statement**        File Date: **06/16/2019**        File Time: **15:38**

Filing Number: **19-7717978066**        Lapse Date: **06/16/2024**

Debtor(s):
INDIVIDUAL                **SEEHAUSEN, SCOTT, CHARLES,**

                          **26895 ALISO CREEK ROAD, SUITE B109 ALISO VIEJO CA
                          USA 92656-5301**

Secured Party(ies):
INDIVIDUAL                **SEEHAUSEN, SCOTT, CHARLES,**

                          **C/O 26895 ALISO CREEK ROAD, SUTE B109 ALISO VIEJO CA
                          USA 92656-5301**

Filing by  the Secretary of State is not conclusive proof  that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information  on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. - SACRAMENTO, CA 95814 - PO BOX 942835 - SACRAMENTO, CA 94235-0001 - (916) 653-3516 - HTTPS://UCCCONNECT.SOS.CA.GOV

PROGRAMS   ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Scott Seehausen
9495995217

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Scott CHARLES Seehausen
26895 Aliso Creek Road
Suite B109
Aliso Viejo, CA 92656-5301
USA

DOCUMENT NUMBER: 79437430002
FILING NUMBER: 19-7717978066
FILING DATE: 06/16/2019 15:38

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S SURNAME SEEHAUSEN | FIRST PERSONAL NAME SCOTT | ADDITIONAL NAME(S)/INITIAL(S) CHARLES | SUFFIX |

| 1c. MAILING ADDRESS 26895 ALISO CREEK ROAD, SUITE B109 | CITY ALISO VIEJO | STATE CA | POSTAL CODE 92656-5301 | COUNTRY USA |
|---|---|---|---|---|

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S SURNAME Seehausen | FIRST PERSONAL NAME Scott | ADDITIONAL NAME(S)/INITIAL(S) Charles | SUFFIX |

| 3c. MAILING ADDRESS c/o 26895 Aliso Creek Road, Sute B109 | CITY Aliso Viejo | STATE CA | POSTAL CODE 92656-5301 | COUNTRY USA |
|---|---|---|---|---|

**4. COLLATERAL:** This financing statement covers the following collateral:
All the Debtor's property, property interest and rights, including but not limited to all assets, land, proceeds, products, securities, stocks, bonds, debentures, trusts, estates, warrants, bills, true bills, notes, accounts, all receivables, titles, judgments, abstracts of judgment, informations, complaints, cases, orders, citations, holdings, annuities, insurance contracts, warehouse receipts, agreements, bailments, vessels, powered vehicles, structures, timber to be cut and, extracted, agricultural lands and yields, all assets, debits and credits, bank accounts, all part of the assets and obligations of the Debtor herein and herewith inclusive of the person of the Debtor's person, described herein or herewith, now or hereafter acquired, now due or which mat become due, now existing and wherever located, whereas all the Secured Private and personal property of the Secured Party herein, the same being "Held in Due Course" as per the Secured Party (Scott Charles Seehausen's) priority claims and all title interest, vested title interest, entitlement positions which supersede any and all attachments, encumbrances, body attachments, bills of lading, warehouse receipts,

**5.** Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |
| OR **9b. INDIVIDUAL'S SURNAME** SEEHAUSEN | |
| **FIRST PERSONAL NAME** SCOTT | |
| **ADDITIONAL NAME(S)/INITIAL(S)** CHARLES | **SUFFIX** |

DOCUMENT NUMBER: 79437430002

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only **one** additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | |
|---|---|---|---|---|
| **10a. ORGANIZATION'S NAME** | | | | |
| OR **10b. INDIVIDUAL'S SURNAME** | | | | |
| **INDIVIDUAL'S FIRST PERSONAL NAME** | | | | |
| **INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | | | | **SUFFIX** |
| **10c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**11.** ☐ **ADDITIONAL SECURED PARTY'S NAME or** ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only **one** name (11a or 11b)

| | | | | |
|---|---|---|---|---|
| OR **11a. ORGANIZATION'S NAME** | | | | |
| **11b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | | **SUFFIX** |
| **11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**12. ADDITIONAL SPACE FOR ITEM 4 (collateral):**
indentures and the like, having been placed in the local chamber to be fully recognized by the public trust as being private and personal property not to be trespassed thereon, the same being the "Pre-Paid-Preferred Stock," Priority Interest-Exempt from Levy, Lien or Attachment without fully informed written consent of the Secured Party stipulated herein. The following are collateral:

1). Birth Certificate: 112-1957 70002575 Value Attached hereafter (VA), Accepted for Value (AFV), Tracer #AFV112-1957 7000575.
2). Social Security: 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 (VA), Accepted for Value Returned for Value (AFV/RFV), Tracer #AFV325549418 / H02903014.
3). California Drivers License: E1819953 (VA), (AFV/RFV), Tracer #AFV-E1819953.
4). Citation: TUE00028111 / TPD 19-1305 (VA), (AFV/RFV), Tracer #AFV19-1305TPD/TUE0028111.
5). Complaint: (BWC AGENCY) 19CM02751 (TPD 19-1305) (MS / VM 19C02359) (AFV/RFV), Tracer #AFV19CM02751 / MS/VM-19C02359.
6). Payment Bond & Indemnity Bond #001TPDOCSP, Document Control #19CM02751-000, Account #(s): 19-1305 /19CM02751,

| **13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | **14. This FINANCING STATEMENT:** ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
|---|---|
| **15.** Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | **16.** Description of real estate: |

**17. MISCELLANEOUS:**

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |
| | |

OR

**9b. INDIVIDUAL'S SURNAME**
SEEHAUSEN

**FIRST PERSONAL NAME**
SCOTT

**ADDITIONAL NAME(S)/INITIAL(S)**
CHARLES

SUFFIX

**DOCUMENT NUMBER: 79437430002**

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| **10a. ORGANIZATION'S NAME** | |
| | |
| **10b. INDIVIDUAL'S SURNAME** | |
| INDIVIDUAL'S FIRST PERSONAL NAME | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

OR

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

| | | | |
|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | |
| **11b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

OR

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):
Value at Par: 1,000,000.00 USD $ and $1.00 USD Serial #J00818230D, Apostille No.: 58979.
7). Bond Order #4563200987BO, date 05/22/2019.
8). SF 24 Bid Bond, Invitation #325549418, dated 04/24/19.
9). SF 25 Performance Bond, Contract #19-1305 / 19CM02751, Contract Date: 04/26/2019.
10). SF 25A Payment Bond, date bond executed 05/10/2019, Contract #19-1305 / 19CM02751.
11). SF 1416 Payment Bond for other than Construction Contracts, dated 04/26/2019, Contract #19-1305 / 19CM02751.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing.

15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY

SECRETARY OF STATE
STATE OF CALIFORNIA

### Search Certificate

SEARCH REQUESTED ON:                                                    04/25/2015
Individual Debtor:   **SEEHAUSEN SCOTT CHARLES**

Address:  **NOT SPECIFIED**
Date Range From:  **NOT SPECIFIED**
Search:  **ALL**

**\* Indicates Filings that have been accepted after the Certification Date.**

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 08-7177997500 | Transmitting Utility | 11/03/2008 | 17:00 | | 7 |

Debtor:
Individual:       SEEHAUSEN SCOTT CHARLES

                  48 PENINSULA CENTER DRI STE 377, ROLLING HILLS ESTATES CA
                  USA, 90274

Secured Party:
Individual:       SEEHAUSEN SCOTT CHARLES

                  C/O 26895 ALISO CREEK ROAD, ALISO VIEJO CA USA, 92656

                  SEEHAUSEN SCOTT CHARLES
                  1329 PERRY STREET, CRETE IL USA, 60417

                  SEEHAUSEN SCOTT CHARLES
                  1329 PERRY STREET, CRETE IL USA, 60417

| Amendment Filing # | Filing Type | File Date | File Time | | # of Pages |
|---|---|---|---|---|---|
| 11-72828846 | Amendment | 08/22/2011 | 17:00 | | 3 |
| 14-74057481 | Amendment | 04/02/2014 | 10:23 | | 2 |
| *15-74615858 | Amendment | 04/25/2015 | 10:31 | | 2 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 12-7339162549 | Financing Statement | 12/03/2012 | 21:49 | 12/03/2017 | 7 |

**Debtor:**

Individual:   SEEHAUSEN SCOTT CHARLES

      P.O. BOX 8101, SAN LUIS OBISPO CA USA, 93409

**Secured Party:**

Individual:   SEEHAUSEN SCOTT CHARLES

      C/O 1329 PERRY STREET, CRETE IL USA, 60417

---

Total Pages:  21

The undersigned Filing Officer hereby certifies that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgement liens, including any change documents relating to them, which name the above debtor, subject to any above-stated search qualifiers and are on file in my office as of   04/22/2015 at 1700 hours.

The search results herein reflect only the specific information requested. The results of this Debtor search will not reflect variances of this name. If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted. The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

Alex Padilla
Secretary of State

# EXHIBIT 5.

## NOTICE OF GSA BONDS TENDERED

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**JUL 08 2019**

DAVID H. YAMASAKI, Clerk of the Court

Scott C. Seehausen, Real Party in Interest
26895 Aliso Creek Rd.
Ste. B109
Aliso Viejo, CA 92656

# IN THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA
## COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA,**<br>Plaintiff, | CASE NO. **19CM02751** |
| -v- | **NOTICE OF GSA BONDS TENDERED**<br><br>**GSA BONDS TENDERED** |
| **SCOTT CHARLES SEEHAUSEN**<br>**Respondent.** | |

### NOTICE OF GSA BONDS TENDERED – GSA BONDS TENDERED

COMES NOW, Scott Charles Seehausen, Real Party in Interest, Executor of the **SCOTT CHARLES SEEHAUSEN Estate**, private and absolute, makes a limited special appearance, not general, for the express purpose of ensuring that the above captioned case/account is settled and closed pursuant to any purported debt obligations which may or may not exist in accord with an "action in assumpsit," where the presumption is taken that the entities involved in this action are acting in the capacity of commercial debt collections thereby waiving all sovereign immunities when engaging in commercial activities for enrichment as held in numerous case precedents by the United State Supreme Court and the Holy Bible which is the most venerable book in antiquity. The presumption shall be taken that since this the entities directly and indirectly involved have chosen to waive their immunities while engaging in commercial activities for enrichment, therefore by silence, the presumption shall be taken that a "waiver of immunity" is given under the "doctrine of tacit acquiescence."

DEMAND is made that the ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE issue an indemnity bond to ensure and guarantee that the "Respondent" is fully indemnified from all harm, injury and liability. In furtherance thereof, no "Real Party in Interest" has filed a verified complaint, therefore no damage exists, no appearance has been filed.

WHEREFORE, please find annexed hereto and made part hereof by this reference, a **BID BOND GSA Standard Form 24, Bid Date 02/25/2019; PERFORMANCE BOND GSA Standard Form 25, Contract Date: 04/26/2019; PAYMENT BOND GSA Form 25A, Contract Date:04/26/2019, PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS GSA Standard Form 1416, Contract Date: 04/26/2019 (Registration # RE1070880131US)**, the above GSA Bonds are for the express purpose of full settlement, discharge and exoneration in order to zero out the above captioned CASE/ACCOUNT numbers, creating a balanced account.

Please ensure that the aforementioned is properly credited to the appropriate account (**Autotris**) for complete exoneration and discharge of any and all debts both public and private, concerning above captioned "private estate" occur. Please ensure that the United States of America/United States, inclusive of all of its entities, actors, contractors, sub-contractors, cease and desist from continuing trespass on **"SCOTT CHARLES SEEHAUSEN Estate"** Private and Absolute, and please guarantee that all **"Trust Res"** (Corpus) is completely unencumbered, and exonerated, whereas equity imputes an intent to fulfill an obligation and looks at intent or substance rather than form, the same constitutes intent to remove any and all attachments and restore the God given right to free ingress and egress.

Date: 04/03/2019

By: s/ _____

*Scott Charles Seehausen*, Private De jure Illinoisan, Executor, Settlor, Third Party Interest Intervenor, Restrictive Indorsement, Special and Private, All Rights and Defenses Reserved Without Prejudice, Without Recourse.

Certificate of Authenticity

Psalm 119: 19 "I am a stranger in the earth do not hide your commandments from me." Philippians 3: 20 "For our citizenship is in heaven..." Ephesians 2: 19 "Now therefore you are no longer strangers and foreigners but fellow citizens with the saints and members of the household of God..." Hebrews 11: 13 "These all died in faith not having received the promise but having seen them afar off were assured of them embraced them and confessed that they were strangers and pilgrims on the earth."
Jude 6 "And the angels which kept not their first estate but left their own habitation he hath reserved in everlasting chains under darkness unto the judgment of the great day."

# BID BOND
*(See instructions on reverse)*

DATE BOND EXECUTED *(Must not be later than bid opening date)*

04/24/2019

OMB Control Number: 9000-0045
Expiration Date: 7/31/2019

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 25 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* |
|---|---|
| TUSTIN POLICE DEPARTMENT and ORANGE COUNTY SUPERIOR COURT CENTRAL JUSTICE CENTER 700 CIVIC CENTER DR. WEST SANTA ANA, CA 92701 | [ ] INDIVIDUAL [ ] PARTNERSHIP [ ] JOINT VENTURE [ ] CORPORATION [X] OTHER *(Specify)* MUNICIPAL STATE OF INCORPORATION CALIFORNIA |

SURETY(IES) *(Name and business address)*
SCOTT CHARLES SEEHAUSEN
26895 ALISO CREEK RD.
SUITE B109, ALISO VIEJO, CA 92656

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NUMBER CUSIP #325549418 |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | | |
| 1,000 | 1 | 0 | 0.00 | 0.00 | FOR *(Construction, Supplies or Services)* | 19-1305 / 19CM02751 |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| PRINCIPAL | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* | 3. |
| NAME(S) & TITLE(S) *(Typed)* | 1. Scott Charles Seehausen (SPC) Without Recourse | 2. | 3. |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* |
| NAME(S) *(Typed)* | 1. | 2. |

| CORPORATE SURETY(IES) | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 24 (REV. 8/2016)
Prescribed by GSA - FAR (48 CFR) 53.228(a)

| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

**STANDARD FORM 24** (REV. 8/2016) **BACK**

| **PERFORMANCE BOND**<br>(See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract)<br>04/24/2019 | OMB Control Number: 9000-0045<br>Expiration Date: 7/31/2019 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address)<br><br>TUSTIN POLICE DEPARTMENT and<br>ORANGE COUNTY SUPERIOR COURT<br>CENTRAL JUSTICE CENTER<br>700 Civic Center Dr.. West<br>Santa Ana, CA 92701 | TYPE OF ORGANIZATION ("X" one)<br><br>☐ INDIVIDUAL   ☐ PARTNERSHIP   ☐ JOINT VENTURE<br>☐ CORPORATION   ☒ OTHER (Specify)   MUNICIPAL<br><br>STATE OF INCORPORATION<br>CALIFORNIA |
|---|---|

| SURETY(IES) (Name(s) and business address(es))<br><br>SCOTT CHARLES SEEHAUSEN<br>26895 ALISO CREEK RD><br>SUITE B109<br>ALISO VIEJO, CA 92656 | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S)<br>1 | THOUSAND(S)<br>0 | HUNDRED(S)<br>0 | CENTS<br>0 |
| | CONTRACT DATE<br><br>04/26/2019 | CONTRACT NUMBER<br>19-1305<br>19CM02751 | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal-

(a)(1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

(2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| PRINCIPAL | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *(signature)* (Seal) | 2. (Seal) | 3. |
| NAME(S) & TITLE(S) (Typed) | 1. *Scott Charles Seehausen (SPC) Without Recourse* | 2. | 3. |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION<br>Previous edition is NOT usable

STANDARD FORM 25 (REV. 8/2016)<br>Prescribed by GSA-FAR (48 CFR) 53.228(b)

**CORPORATE SURETY(IES) (Continued)**

| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | | |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2016) BACK

| **PAYMENT BOND**<br>(See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract)<br>05/10/2019 | **OMB Control Number: 9000-0045**<br>Expiration Date: 7/31/2019 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address)<br><br>TUSTIN POLICE DEPARTMENT and<br>ORANGE COUNTY SUPERIOR COURT<br>CENTRAL JUSTICE CENTER<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | TYPE OF ORGANIZATION ("X" one) |
|---|---|

TYPE OF ORGANIZATION ("X" one)

☐ INDIVIDUAL   ☐ PARTNERSHIP   ☐ JOINT VENTURE

☐ CORPORATION   ☒ OTHER (Specify)   MUNICIPAL

STATE OF INCORPORATION
CALIFORNIA

SURETY(IES) (Name(s) and business address(es))

SCOTT CHARLES SEEHAUSEN
26895 ALISO CREEK RD.
SUITE B109
ALISO VIEJO, CA 92656

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 1 | 0 | 0 | 0 |

| CONTRACT DATE<br>04/26/2019 | CONTRACT NUMBER<br>19-1305<br>19CM02751 |
|---|---|

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| PRINCIPAL | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. _(illegible signature)_<br>(Seal) | 2. (Seal) | 3. (Seal) |
| NAME(S) & TITLE(S) (Typed) | 1. Scott Charles Seehausen<br>(Spc) Without Recourse | 2. | 3. |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 25A (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

### CORPORATE SURETY(IES) *(Continued)*

| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

### INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2016) BACK

| **PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS** (See instructions on reverse) | DATE BOND EXECUTED *(Must not be later than bid opening date)* 05/10/2019 | OMB Control Number: 9000-0045 Expiration Date: 7/31/2019 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 25 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

PRINCIPAL *(Legal name and business address)*

TUSTN POLICE DEPARTMENT and
ORANGE COUNTY SUPERIOR COURT
CENTRAL JUSTICE CENTER
700 Civic Center Dr. West, Santa Ana, CA 92656

TYPE OF ORGANIZATION *("X" one)*

☒ INDIVIDUAL          ☐ PARTNERSHIP

☐ JOINT VENTURE       ☐ CORPORATION

STATE OF INCORPORATION

SURETY(IES) *(Name(s) and business address(es)) (Include ZIP code)*

SCOTT CHARLES SEEHAUSEN
26895 ALISO CREEK RD.
SUITE B109
ALISO VIEJO, CA 92656

PENAL SUM OF BOND

| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|---|
| | 1 | 0 | 0 | 0 |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 04/26/2019 | 19-1305 / 19CM02751 |

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

   (a) The above obligation is void if the Principal promptly makes payment to all persons (claimants) having a contract relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above and any duly authorized modifications thereof. Notice of those modifications to the Surety(ies) are waived.

   (b) The above obligation shall remain in full force if the Principal does not promptly make payments to all persons (claimants) having a contract relationship with the principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the contract identified above. In these cases, persons not paid in full before the expiration of ninety (90) days after the date of which the last labor was performed or material furnishing, have a direct right of action against the principal and Surety(ies) on this bond for the sum or sums justly due. The claimant, however, may not bring a suit or any action –

   (1) Unless claimant, other than one having a direct contract with the Principal, had given written notice to the Principal within ninety (90) days after the claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the claim is made. The notice is to state with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished or supplied, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same registered or certified mail, postage prepaid, in an envelope addressed to the Principal at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process is served in the state in which the contract is being performed, save that such service need not be made by a public officer.

   (2) After the expiration one (1) year following the date on which claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the suit is brought.

   (3) Other than in the United States District court for the district in which the contract, or any part thereof, was performed and executed, and not elsewhere.

WITNESS:

The principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| AUTHORIZED FOR LOCAL REPRODUCTION Previous edition not usable | STANDARD FORM 1416 (REV. 10-98) Prescribed by GSA-FAR (48 CFR) 53.228(m) |
|---|---|

## PRINCIPAL

| | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* | 3. |
| NAME(S) & TITLE(S) *(Typed)* | 1. Scott Charles Seehausen, (SPC) *Without Recourse* | 2. | 3. |

## INDIVIDUAL SURETY(IES)

| | | |
|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. |

## CORPORATE SURETY(IES)

| | | | | |
|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | *Corporate Seal* |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |
| **SURETY B** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | *Corporate Seal* |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

## INSTRUCTIONS

1. This form is authorized for use when payment bonds are required under FAR (48 CFR) 28.103-3, i.e., payment bonds for other than construction contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual Sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 1416** (REV. 10-98) BACK

# EXHIBIT 6.

## NOTICE OF NEGOTIBALE INSTRUMENTS TENDERED

Scott C. Seehausen, Real Party in Interest
26895 Aliso Creek Rd.
Ste. B109
Aliso Viejo, CA 92656

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUL 0 8 2019

DAVID H. YAMASAKI, Clerk of the Court

## IN THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA
## COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

**PEOPLE OF THE STATE OF CALIFORNIA,**
Plaintiff,

-v-

**SCOTT CHARLES SEEHAUSEN**
Respondent.

CASE NO. **19CM02751**

**NOTICE OF NEGOTIABLE INSTRUMENTS TENDERED-
NEGOTIABLE INSTRUMENTS TENDERED**

## NOTICE OF NEGOTIABLE INSTRUMENTS TENDERED – NEGOTIABLE INSTRUMENT TENDERED

COMES NOW, Scott Charles Seehausen, Real Party in Interest, Executor of the **SCOTT CHARLES SEEHAUSEN Estate**, private and absolute, makes a limited special appearance, not general, for the express purpose of ensuring that the above captioned case/account is settled and closed pursuant to any purported debt obligations which may or may not exist in accord with an "action in assumpsit," where the presumption is taken that the entities involved in this action are acting in the capacity of commercial debt collections thereby waiving all sovereign immunities when engaging in commercial activities for enrichment as held in numerous case precedents by the United State Supreme Court and the Holy Bible which is the most venerable book in antiquity. The presumption shall be taken that since this the entities directly and indirectly involved have chosen to waive their immunities while engaging in commercial activities for enrichment, therefore by silence, the presumption shall be taken that a "waiver of immunity" is given under the "doctrine of tacit acquiescence."

DEMAND is made that the ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE issue an indemnity bond to ensure and guarantee that the "Respondent" is fully indemnified from all harm, injury and liability. In furtherance thereof, no "Real Party in Interest" has filed a verified complaint, therefore no damage exists, no appearance has been filed.

WHEREFORE, please find annexed hereto and made part hereof by this reference, a **Payment Bond and Indemnity**; Bond No.: **0001TPDOCSP**; Serial No.: **J 00818230 D** Federal Reserve Bank of Kansas City Missouri ; (**Registration # RE1070880131US**) with attached **Bond Order**; Bond Order #: **4563200987BO**, accompanied by a **Remittance Advice**; Document Control No.: **RA-19CM02751-0001**, an **Affidavit in Support of Payment Bond and Indemnity**, Document Control No.: **AS-19CM02751-0001**, with a **Memorandum of Understanding**, Tracer No.: **MOU-19CM02751-0001**.

Please ensure that the aforementioned is properly credited to the appropriate account (**Autotris**) for complete exoneration and discharge of any and all debts both public and private, concerning above captioned "private estate" occur. Please ensure that the United States of America/United States, inclusive of all of its entities, actors, contractors, sub-contractors, cease and desist from continuing trespass on "**SCOTT CHARLES SEEHAUSEN Estate**" Private and Absolute, and please guarantee that all "**Trust Res**" (Corpus) is completely unencumbered, and exonerated, whereas equity imputes an intent to fulfill an obligation and looks at intent or substance rather than form, the same constitutes intent to remove any and all attachments and restore the God given right to free ingress and egress.

Date: 04/03/2019

By: /s/ _[signature]_

*Scott Charles Seehausen*, Private De jure Illinoisan, Executor, Settlor, Third Party Interest Intervenor, Restrictive Indorsement, Special and Private, All Rights and Defenses Reserved Without Prejudice, Without Recourse.

Certificate of Authenticity
Psalm 119: 19 "I am a stranger in the earth do not hide your commandments from me." Philippians 3: 20 "For our citizenship is in heaven..." Ephesians 2: 19 "Now therefore you are no longer strangers and foreigners but fellow citizens with the saints and members of the household of God..." Hebrews 11: 13 "These all died in faith not having received the promise but having seen them afar off were assured of them embraced them and confessed that they were strangers and pilgrims on the earth."
Jude 6 "And the angels which kept not their first estate but left their own habitation he hath reserved in everlasting chains under darkness unto the judgment of the great day."

# State of California
## Secretary of State

This Certificate is not valid for use anywhere within the United States of America, its territories or possessions.

**APOSTILLE**
(Convention de La Haye du 5 octobre 1961)

| 1. **Country:**<br>Pays / País: | United States of America |
| --- | --- |

**This public document**
Le présent acte public / El presente documento público

| 2. **has been signed by**<br>a été signé par<br>ha sido firmado por | *Helen Soto* |
| --- | --- |
| 3. **acting in the capacity of**<br>agissant en qualité de<br>quien actúa en calidad de | *Deputy* |
| 4. **bears the seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | *County of Los Angeles,  State of California* |

**Certified**
Attesté / Certificado

| 5. **at**<br>à / en | Los Angeles, California | 6. **the**<br>le / el día | *22nd day of May 2019* |
| --- | --- | --- | --- |
| 7. **by**<br>par / por | Secretary of State, State of California | | |
| 8. **Nº**<br>sous nº<br>bajo el número | *58979* | | |

| 9. **Seal / stamp:**<br>Sceau / timbre:<br>Sello / timbre: | | 10. **Signature:**<br>Signature:<br>Firma: | |
| --- | --- | --- | --- |

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
To verify the issuance of this Apostille, see: www.sos.ca.gov/business/notary/apostille-search/.
This certificate does not constitute an Apostille under the Hague Convention of 5 October 1961, when it is presented in a country which is not a party to the Convention.  In such cases, the certificate should be presented to the consular section of the mission representing that country.

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.ca.gov/business/notary/apostille-search/.
Ce certificat ne constitue pas une Apostille en vertu de la Convention de La Haye du 5 Octobre 1961, lorsque présenté dans un pays qui n'est pas partie à cette Convention. Dans ce cas, le certificat doit être présenté à la section consulaire de la mission qui représente ce pays.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
Esta Apostilla se puede verificar en la dirección siguiente: www.sos.ca.gov/business/notary/apostille-search/.
Este certificado no constituye una Apostilla en virtud del Convenio de La Haya de 5 de octubre de 1961 cuando se presenta en un país que no es parte del Convenio.  En estos casos, el certificado debe ser presentado a la sección consular de la misión que representa a ese país.

Sec/State Form NP-40 LA (rev. 07/2017)



**Los Angeles County Registrar-Recorder/County Clerk**

DEAN C. LOGAN
Registrar-Recorder/County Clerk

TE OF CALIFORNIA        )
NTY OF LOS ANGELES )

EAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY T **LISA V. DUQUE** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of fornia, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the nowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing cuted by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident he duties of the officer or to be used before any court, judge, officer, or board.

JRTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being record in this office.

alid only if the certification bears the mbossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

___**22nd**___ day of ___**May**___ , 2019

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

HELEN  SOTO, Deputy County Clerk

BRF03-3/3/2009

Registration No.:**RE107088013US**
Bond No.:**0001TPDOCSP**
Document Control No.:**19CM02751-0001**

**A PRIVATE SECURITY**
**TRACER FLAG**, not a
point of law.

CERTIFIED REGISTERED PRIVATE SECURITY
# Payment Bond & Indemnity

Pay to: **TUSTIN POLICE DEPARTMENT and ORANGE COUNTY SUPERIOR COURT, CENTRAL JUSTICE CENTER**
Account #(s): **19-1305 / 19CM02751**
Value at Par:**1,000,000.00 USD $ and $1.00 USD**
For Special Deposit Only
Serial No.: **J00818230D,** Fed Reserve Bank of Missouri.
Amount:**1,000,000.00 USD $** and 1.00 USD $ Serial No.: **J00818230D,** Fed Reserve Bank of Missouri.
For Special Deposit Only
Bond Order No.:**4563200987BO.**
See Annexed Bond Order
Currency Symbol: **Unicode Decimal No. 36. Unicode Hex No. 24.**
C.U.S.I.P. No.:**325549418**
Type of Bond Issue: **Payment Bond.**
Special Drawing Rights (SDR): **Private Master Discharging and Indemnity Bond, Bond No.: BO-PMDIB-SCS-SOC-001**
Clearing Corp.: **Depository Trust and Clearing Corp., 55 East Water Street, New York, N.Y. 10041**
Securities Intermediary: **U.S. Department of the Treasury, 1500 Pennsylvania Ave., N.W. 20220 Washington, District of Columbia.**
Trust Source Code: **Private Cestui Que Trust [Puerto Rican Trust Fund 62].**
Remitter: **Scott Charles Seehausen, Secured Party Creditor/Executor.**
General Executor/Beneficiary/Settlor:
Name: **Scott Charles Seehausen, Executor General (Special Drawing Rights).**
Address: **26895 Aliso Creek Rd. Mail Stop: B109 Aliso Viejo, Ca. 92656/5301**
Issue Date: **04/26/2019.**
   By: General Executor/Settlor:
                              Print Name:  Scott Seehausen, Private De jure Executor, Restrictive
                                           Indorsement, Special and Private, All Rights and Defenses
                                           Reserved Without Prejudice, Without Recourse.

State of California          )
                             ) Affirmed
County of Los Angeles        )

## JURAT

On 5/22/2019, before me, Lisa V. Duque; Notary Public personally appeared **Scott Charles Seehausen**, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity(ies), and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

_____
       Notary Public

LISA V. DUQUE
Notary Public – California
Los Angeles County
Commission # 2191851
My Comm. Expires Apr 15, 2021





Estate No. 112-1957-7002575 Illinois.
CUSIP No. 325549418.
Case/Account No(s).  [CASE/ACCOUNT No. 19CM02751 TPD #19-1305 CITATION #TUE0028111 DA#19C02359]
Trustee Holding Liability: Todd Allan Spitzer, SBA Attorney #143166 and Mark James Swensson, SBA #311791 inclusive of all agents and principals appearing in this matter (22 CFR sections 611-613).

RE:   **SCOTT CHARLES SEEHAUSEN Estate, Private and Absolute**
*Scott Charles Seehausen, Executor General*
**c/o 26895 Aliso Creek Rd.**
**Suite B109**
**Aliso Viejo, California 92656**

**(ADR) American Depository Receipt**

**A Private Security, Registered Warranted Payment Bond and Indemnity**

## BOND ORDER
for
## PAYMENT BOND AND INDEMNITY

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
Applicable to all Successors and Assigns

**CAVEAT:** Should this "Bond Order" be detached from the "Private Payment Bond" which is identified below, the "Bond" is valid.

Pay to: **TUSTIN POLICE DEPARTMENT and ORANGE COUNTY SUPERIOR**
**COURT, CENTRAL JUSTICE CENTER**
**700 Civic Center Dr., West**
**Santa Ana, California 92701**

Value at Par: **1,000,000.00** USD $ and 1.00 USD $
          For Special Deposit Only
Serial No.: **J 00818230 D**, Federal Reserve Bank of Kansas City Missouri.
Amount: **1,000,000.00** USD $ and 1.00 USD $ Serial No.: **B 20528255 A**, Bank of New York.      For Special Deposit Only
Bond Order No.: **4563200987BO**

1
**Bond Order**

Initials

Void Without Bond

Currency Symbol: **Unicode Decimal No. 36. Unicode Hex No. 24.**
General Estate C.U.S.I.P. No.:**325549418**
Type of Bond Issue: **Private Master Discharging and Indemnity Bond**
Clearing Corp.: **Depository Trust and Clearing Corp., 55 East Water Street, New York, [10041] N.Y.**
Securities Intermediary: **U.S. Department of the Treasury, 1500 Pennsylvania Ave., N.W. [20220] Washington, District of Columbia.**
Trust Source Code: **Private Cestui Que Trust [Puerto Rican Trust Fund 62].**
Remitter: **EXO-ASSETS CONSULTING SERIES LLC, Secured Party Creditor,** Nevada Business ID: **NV20191037212, Entity #E0017032019-7, EIN #83-4714457.**
Name: **Scott Charles Seehausen, Executor General (Special Drawing Rights).**
Registration No.: **RE 107 088 013 US**
Issue Date: **04/26/2019**

**CAVEAT AND DISCLAIMER:** The annexed instrument is not issued under the authority of, or by the United States or the United States of America inclusive of any and all political subdivisions thereof. Any use of federal statutes, regulations or codes is for the express purpose of reference material only and is not intended to infringe upon or create a trespass on any copyrighted, trademarked or patented materials, and is not intended to mislead any parties into the belief that the same are securities under [United States Securities and Exchange Commissions] mandates as provided for by the [Securities Act of 1933] or the [Securities and Exchange Act of 1934].

**DEFINITIONS:**

**1.)**    **THE TERM.** "Remitter" may be used interchangeably with "Maker" or "Offeror," and "Issuer." And "Acceptor" may be used interchangeably with "payee" or "offeree."

**2.)**    **PURPOSE.** The **"Payment Bond,"** hereafter referred "Bond," is for **"Special Deposit Only,"** to be drawn against **"Private Master Discharging and Indemnity Bond,"** Bond No.: **RE 107 088 013 US**, is for the express purpose of PAYMENT IN FULL for any and all public and private debts, duties and obligations, and to insure that the public trust or public entity is made whole and absolved from any and all liability, guaranteeing setoff, settlement and closure of the account created by the "Acceptor" while operating under the presumption that the "Maker" is the surety or guarantor for said account as set forth above.

Initials

**3.)**   <u>ACCEPTANCE</u>.  The recipient of the "Bond," offered is (a) an agreement, either by express act or by implication which form certain conduct to the terms of an offer so that a binding contract is formed; (b) the requisites of a valid acceptance is an assent to the request of the "Maker" according t the tenor of the instrument; (c) there must be an assent made by the "Acceptor," or an assent by tacit acquiesce, the same shall constitute a valid assent; (d) an acceptance is complete only upon "delivery," when no return in the pre-addressed, pre-paid postage envelope has been or is made, or a valid protest has been made by "Acceptor" within T+72 hours, excluding the day of receipt.

**4.)**   <u>ACCEPTANCE BY SILENCE</u>. Acceptance of an offer not by explicit words, but through lack of an offeree's response in circumstances in which the relationship between the offeror and the offeree justifies both the offeror's reasonable expectation of a reply, and the offeror's reasonable conclusion that the lack of a response signals acceptance. Ordinarily, silence does not give rise to acceptance of an offer, but this exception arises when the offeree has a duty or obligation to speak. Acceptance of "Bond" shall constitute an **(ADR) "American Depositary Receipt"** by and through the **"United States Post Office"** as per the Registered Mail delivery. Failure on the part of "Acceptor" to return the "Bond," the presumption shall be taken that "USE" of the "Bond" is occurring, has occurred, and is continuing by "Acceptor."

**5.)**   <u>EXPRESS ACCEPTANCE</u>. Acceptance which does not dispute the sufficiency of, or validity of the instrument

**6.)**   <u>VARIETIES OF ACCEPTANCE</u>. Express words of the "Acceptor" which constitute terms and conditions of what an acceptance is, or that: (a) is implied from acts, actions or omissions of acceptor; (b) the writing of the instrument itself; (c) the remittance advice; (d) the memorandum of understanding; (e) conditional acceptance; (f) unconditional acceptance; (g) qualified acceptance; (h) unqualified acceptance; (i) acceptance by tacit acquiescence; (j) acceptance for honor or supra protest; (k) the tenor of the instrument; (l) the notice given; (m) implied acceptance; (n) express acceptance; (o) presumption of validity, unless returned or otherwise protested within 10 days as

Initials

accorded by an operation of law pursuant to "truth in lending." **[12 CFR Part 226.1]** and **[Regulation Z]**.

**7.)    WAIVERS OF OBJECTION BY SILENCE.**    All objections to the mode of the offer falls under performance, inclusive of the "Bond" being retained, and any and all "USE" of the "Bond" as attached hereto. The "Acceptor" shall have been deemed to have waived the right to object when given the opportunity to object and state each objection, and to return the "Bond" and related documents in the pre-paid postage, preaddressed envelope enclosed herein. Acceptor shall be later precluded from protest, objection to the tender proffered or that could have been obviated by "Acceptor," shall be considered waived and estoppel shall attach pursuant to law of estoppel, silence by.

**8.)    EXCHANGE FOR GOOD AND VALUABLE CONSIDERATION.** The "Bond" attached hereto, shall be drawn against the "Private Master Discharging and Indemnity Bond," Bond No.: **RE 107 088 013 US**, issued out by "Maker," in order to setoff, settle and discharge any and all debts, duties, obligation and liabilities which may exist or hereafter arise, and wherever located. The exchange of consideration shall constitute a "debt for credit swap" on the account of the "Maker," the same shall be entered as a "book entry" of the "Acceptor" as provided for by the **(UCP) Uniform Customs and Practices for Documentary Credits, 1993 Revision, (ICC) International Chamber of Commerce, Publication No. 500.**

**9.)    IT IS AGREED AND UNDERSTOOD.**    In no uncertain terms, the attached "Bond" is presented for "express acceptance," the value being in the nature of a "debenture bond" pursuant to the signature guarantee affixed hereon. The authority for "USE" of this type of instrument is granted under **[31 CFR Part 285.6 Administrative Offset Under Reciprocal Agreements with States]**, and **[OMB Circular No. A-129 Policies for Federal Credit Programs and Non-Tax Receivables]**, and applicable sections of the **"Miller Act,"** and,

Initials

(a)     By Acceptor's acceptance of attached "Bond," it's understood and that "Acceptor" jointly and severally bind themselves, its/their principals, cosigners, successors, assigns, transferees to any and all associated or resulting liability by failure to perform which provides that "Acceptor" shall provide verified, conclusive evidence  as to the existence of the debt, duty, obligation, resulting liability of the "Maker."

(b)     It is the intent and purpose of the "Bond" to discharge, setoff, settle and exonerate  all verified debts, duties and obligations, encumbrances which may exist, albeit a product of a conveyance or transfer without full disclosure of all relevant circumstances and possible consequences by creation of new account numbers, sale of, transfer of any and all accounts or chattels without direct consent of the "Maker."

(c)     Should "default in dishonor" arise where "Acceptor" fails or refuses to perform to any valid request by the "Maker," inclusive of authorizations to "USE" any of the "private estate property," property rights, or to cause encroachment on "private cestui que trust" without verified, express consent. The "Maker" reserves the right to seek full recoupment and equity of exoneration for the full value received, including resulting costs, fees, legal fees, penalties, by the "Maker," the "Bond" may be cancelled at any time, it may be "ANNULLED" or "VOIDED" based on bad faith by the "Acceptor," such bad faith includes but is not limited to failure to properly credit the account in question, or failure and refusal to setoff any and all debts, duties or obligations which may exists which is the intended purpose of the "Private Payment Bond" attached hereto.

(d)     The UCC-1 Financing Statement annexed hereto provides conclusive evidence of "trust res," that the "private estate" is held in due course in perpetuity within "private cestui que trust" guaranteeing and ensuring all priority rights are vested, and all entitlement positions are unassailable.

5
**Bond Order**

Initials

(e)     It is understood and agreed that the "Maker" holds paramount beneficial interest in all "trust res" related to, derived from, material to the "private estate."

(f)     It is also understood (for reference only) that as stated in **Restatement of Contracts 2nd §§ 202(4), 204** states: ***"any course of performance accepted or acquiesced without objection is given great weight in interpretation of the agreement."*** For additional reference only, see **Uniform Commercial Code (PEB) Permanent Editorial Board §§ 1-205(1)(2)(3), 2-208(1), 2A-207(1), 2-309(3)** and comment **8; 2 Farnsworth on Contracts §§ 7.17, 7.17(a) (1990).**

(g)     Any **"USE"** of "Bond" is created by application of continued possession and employment the thing for which it is adapted, as distinguished from a possession and employment merely for occasional reference purposes.

(h)     The "Statute of Uses" mandates that the holder of an estate is vested with legal title to ensure the holder's liability for feudal dues. That is to say that equitable title held by cestui que use (i.e. a beneficiary) to a legal one in order to make the cestui que use liable for feudal dues, as only the legal owner could be. The statute discouraged the granting of property subject to another's use by deeming the person who enjoys the use to have legal title with the right of absolute ownership and possession.

**10.)     VERIFICATION OF OBLIGATIONS BY ACCEPTOR.** Failure/refusal by "Acceptor" to verify the alleged debt upon request of the "Maker," or failure to unconditionally make PAYMENT IN FULL of any and all debts, duties, obligations of the "Maker," shall shift the onus probandi to the "Acceptor" to provide verified proof of claim. Should the "Acceptor" refuse to act in good faith with clean hands at all times

Initials

material hereto, the "Maker" reserves the right to recovery, recoupment, equity of redemption, inclusive of all costs, incidentals, legal fees and penalties.

By: _____

Scott Seehausen, **Private De jure Executor, Settlor, Third Party Interest Intervenor, Restrictive Indorsement, Special and Private, All Rights and Defenses Reserved Without Prejudice, Without Recourse.**

State of California      )
                         ) Affirmed
County of Los Angeles    )

## JURAT

On 5/22/2019 before me, Lisa V. Duque, Notary Public personally appeared **Scott Charles Seehausen,** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity(ies), and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

_____
Notary Public

LISA V. DUQUE
Notary Public – California
Los Angeles County
Commission # 2191851
My Comm. Expires Apr 15, 2021

Initials



Los Angeles County Registrar-Recorder/County Clerk

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA          )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **LISA V. DUQUE** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

_____**22nd**_____ day of _____**May**_____ , 2019

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

HELEN SOTO, Deputy County Clerk

BRF03-3/3/2009

Registration No.: **RE1070880131US**
Bond No.: **0001TPDOCSP**
Estate No.: **112-57-7002575 Illinois**
Document Control No.: **AS-19CM02751-0001**

**A PRIVATE SECURITY
TRACER FLAG**, not a
Point of law.

State of California          )
                                ) Affirmed
County of Orange         )

# AFFIDAVIT IN SUPPORT OF PAYMENT BOND AND INDEMNITY

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
Applicable to all Successors and Assigns

I, Scott Charles Seehausen, affiant, a private de jure Illinoisan, the Real Party in Interest "Grantor/Settlor/Beneficiary," a Third Party Interest Intervenor, also in the capacity of "Executor General" of "SCOTT CHARLES SEEHAUSEN Estate" Private and Absolute, established on or about the eleventh day of the eleventh month of nineteen hundred and fifty seven anno Domini, make this restricted, limited special appearance, not general, with all private priority God given rights innate in life itself, fully intact, asseverate to being over the age of 21 years, fully competent, and to having personal firsthand knowledge of the facts set forth below.

I, Scott Charles Seehausen, certify, affirm or otherwise state that the "Payment Bond and Indemnity" is tendered in good faith with clean hands, a bona fide undertaking which is for the express purpose of exoneration in equity of any and all debts, duties, obligations, liabilities, and to completely discharge any and all encumbrances, liens, attachments, levies, against "private estate" property (corpus), property rights in order to obtain "liberty" as provided for in America's founding organic Declaration of Independence, and Constitution of the United States for the United States of America.

Said, "Private Master Discharging and Indemnity Bond" is not for the purpose of any type or kind of unjust enrichment of "SCOTT CHARLES SEEHAUSEN Estate" Private and Absolute and is

intended to indemnify all state actors and entities from liability and to offset "public" debt and liability.

DATE: 01/07/2019

By: s/

*Scott Charles Seehausen*, Private De jure Illinoisan, Executor/Beneficiary/Settlor, Third Party Interest Intervenor, Restrictive Indorsement, Special and Private, All Rights and Defenses Reserved Without Prejudice, Without Recourse, As Good as Aval.

**JURAT**

Certificate of Authenticity

Psalm 119: 19 "I am a stranger in the earth do not hide your commandments from me." Philippians 3: 20 "For our citizenship is in heaven..." Ephesians 2: 19 "Now therefore you are no longer strangers and foreigners but fellow citizens with the saints and members of the household of God..." Hebrews 11: 13 "These all died in faith not having received the promise but having seen them afar off were assured of them embraced them and confessed that they were strangers and pilgrims on the earth."
Jude 6 "And the angels which kept not their first estate but left their own habitation he hath reserved in everlasting chains under darkness unto the judgment of the great day."

Affidavit in Support of Private Master Discharging and Indemnity Bond

Registration No.: **RE1070880131US**
Bond No.: 0001TPDOCSP
Estate No.: **112-57-7002575 Illinois**
Document Control No.: **RA-19CM02751-0001**

<span style="float:right">**A PRIVATE SECURITY
TRACER FLAG**, not a
Point of law.</span>

A Private Security Registered Warranted Bonded Property Claim.
(ADR) American Depositary Receipt

## REMITTANCE ADVICE

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
Applicable to All Successors and Assigns

TO:     **TUSTIN POLICE DEPARTMENT, MUNICIPAL CORPORATION**
300 Centennial Way, Tustin, CA 92780
**ORANGE COUNTY SUPERIOR COURT, CENTRAL JUSTICE CENTER,
COMMERICIAL ENTITY**
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CA 92701

FROM:     SCOTT CHARLES SEEHAUSEN Estate, Private and Absolute
*Scott Charles Seehausen, Executor General*
c/o 26895 Aliso Creek Rd.
Suite B109
Aliso Viejo, California 92656

Subject:     Acceptance of Private Payment Bond and Indemnity. (Special Deposit) and
(Special Drawing Rights).

Financial Data: Currency Symbol: Unicode Decimal No. 36. Unicode Hex No. 24.
Estate General C.U.S.I.P. No.: 325549418.
Type of Bond Issue: Private Issue.
Clearing Corp.: Depository Trust and Clearing Corp., 55 East Water Street, New York, (10041)
N.Y.
Securities Intermediaries: Treasury of the United States (Positive Charge). U.S. Department of
the Treasury
(Negative Charge). District of Columbia (Ground). [20220-9998]. 1500 Pennsylvania Avenue
Northwest. Washington.

Trust Source Code: Private Cestui Que Trust. [Puerto Rican Trust Fund 62].
Trust Type: [Widely Held Fixed Investment Trust].
Receipt Type: (ADR) American Depositary Receipt.
Remitter: SCOTT CHARLES SEEHAUSEN Estate private.

General Executor/Beneficiary/Settlor:
Name: Scott Charles Seehausen, Executor General (Special Drawing Rights).
Address: c/o 26895 Aliso Creek Rd., Suite B109, Aliso Viejo, California 92656

INDEMNITOR:                Private Trust:       CUSIP:          Jurisdiction:
SCOTT CHARLES SEEHAUSEN Estate.   Cestui Que Trust.    325549418.      United States.
Domicile: Illinois. Executor General Office, Lisson  *Grove – 761.
New Lenox. United States Minor and Outlying Islands. Near [60451-9998].

INDEMNIFIED PARTY(S):
Name: **TUSTIN POLICE DEPARTMENT, MUNICIPAL CORPORATION**
          300 Centennial Way, Tustin, CA 92780
          **ORANGE COUNTY SUPERIOR COURT, CENTRAL JUSTICE CENTER,**
          **COMMERCIAL ENTITY**
          700 CIVIC CENTER DRIVE WEST, SANTA ANA, CA 92701

Issue Date: 05/22/2019. (Jubilee).

Pay to: **TUSTIN POLICE DEPARTMENT and ORANGE COUNTY SUPERIOR COURT**
          **CENTRAL JUSTICE CENTER.**
Value at Par: One million dollars and zero cents USD $ and 1.00 USD $
          For Special Deposit Only                      Trust Special Deposit
Serial No.: J 00818230 D, Federal Reserve Bank of Kansas City Missouri.
Issue Amount: 1,000,000.00 USD $ and 1.00 USD $ Serial No.: J 00818230 D,
          For Special Deposit Only          Trust Special Deposit
Federal Reserve Bank of Kansas City Missouri.
Bond Order No.: 45632009887BO
          Void Without

**CAVEAT AND DISCLAIMER**. The attached "Bond" is offered in good faith with clean hands
to extinguish any and all debts, duties, and/or obligations associated with the "private estate" or
against the "private cestui que trust" which are due, or may become due, wherever located. The
"Bond" is defeasible upon condition subsequent to, and verification by "Acceptor," and is not
"USED" for unjust enrichment. The reference to any stated rules, codes, regulations, or statutes is

done without intent to infringe upon any copyrights, trademarks or patents, the same are for references only. The annexed instrument is not issued under the authority of the United States or the United States of America inclusive of any and all political subdivisions thereof. Any use of federal statues, regulations or codes is for the express purpose of reference material only and is not intended to infringe upon or create a trespass on any copyrighted materials or to mislead any parties into the belief that the same are securities under [United States Securities and Exchange Commission]'s mandates as provided for by the [Securities Act of 1933] or the [Securities and Exchange Act of 1934].

I.

ADVICE

1.) The enclosed "Private Master Discharging and Indemnity Bond," hereafter referred to as the "Bond" is tendered for an exchange of good and valuable consideration. An offer of performance is made in good faith with clean hands for including but not limited to, each "verified," debt, duty, obligations, encumbrance, lien, attachment or levy.

2.) In exchange for good and valuable consideration, the "Bond" is for the express purpose of "Special Deposit" by the Treasury of The United States, in order to restore and recoup "liberty" interest of Scott Charles Seehausen, Executor General, with (Special Drawing Rights) being conveyed to Scott Charles Seehausen, Executor General, and to further ensure and guarantee that the Treasury of The United States is indemnified from any and all liability from continuing trespass upon "SCOTT CHARLES SEEHAUSEN Estate" Private and Absolute, held in perpetuity in "Private Cestui Que Trust," the property and property rights, inclusive of all vested "liberty" interest must be restored forthwith to free ingress and free egress, including but not limited to any and all interest attached thereto.

II.
TIME FOR REJECTION AND RETURN OF BOND

3.) Unless otherwise objected to, rejection and return must be made in the enclosed preaddressed, prepaid postage envelope with track and confirm, otherwise, the presumption shall be taken that acceptance has been completed by delivery, and USE is being implemented. The time provided for rejection and return is T + 72 hours, excluding